## IN THE UNITED STATES DISTRICT
## COURT NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

CASE NO:

*4:19 cv 449 MW-CAS*

CAMARA BAIYINA NJERI TUNSILL, )
Attorney for Self )
)
)
Plaintiff )
)
v. )
)
RICHARD CORCORAN, as Commissioner )
of Education, in his Individual and Personal )
Capacity, & MICHAEL BRYAN, as )
Principal of Kate Sullivan, in his Individual )
and Personal Capacity )
)
Defendants )

_____

### VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL
### AUTH. FED. R. CIV. P. 38 (A) (B)

Plaintiff Camara Tunsill, representing herself in pursuant to 28 U.S.C.

1654 sues Defendant Richard Corcoran (Commissioner of Education) and

Michael Bryan (Principal of Kate Sullivan), and alleges:

### <u>JURISDICTION</u>

1. Plaintiff claims federal jurisdiction pursuant to Article III §2 which extends the

   jurisdiction to cases arising under the U.S. Constitution and pursuant to 28

   U.S.C. § 1331.

2. This claim exceeds fifty thousand ($50,000.00).

3. Plaintiff brings this suit pursuant to Title 42 U.S. Code § 1983 for violations of

   certain protections guaranteed to her by the 5th & 14th Amendments of the Federal

FILED USDC FLND TL
SEP 11 '19 PM4:32

Constitution by the defendants under color of law in their capacity as State
Officers of Leon County.

## PARTIES

4.  Plaintiff, Camara Tunsill, is a natural person residing at 1577 Jacks Drive Apt A,
    Tallahassee, FL 32301.

5.  At all time material to this action, defendant Richard Corcoran was a
    State Officer as Commissioner of Education, State of Florida, 325 West Gaines
    Street, Tallahassee, FL 32399.

6.  At all time material to this action, defendant Michael Bryan, Principal of Kate
    Sullivan Elementary School was a State Officer in Leon County, 927 Miccosukee
    Road, Tallahassee, FL 32308.

    .

## CAUSE OF ACTION

7.   On September 28, 2018, I was hand-delivered an official letter notifying me that I
    was on administrative leave with pay pending review of a recent incident. Prior to
    this letter, I was never afforded an opportunity to be heard and object to any
    allegations before being suspended, nor was I made aware of the fact that I was
    being investigated or at risk of being suspended, which ultimately led to a
    frivolous administrative complaint filed by Richard Corcoran, which prevented
    me from teaching. See Exhibits D-9 and I.

8.  The 14th Amendment was adopted in 1868. Three years later, Congress enacted
    Sec.1 of the Civil Rights Act of 1871, which is now 42 U.S.C. Sec 1983. It was

enacted for the purpose of enforcing the provisions of the 14th Amendment. See

case law: *Ngiraingas v. Sanchez 110 S. Ct 1737, 1740 (1990).*

9. Therefore, Richard Corcoran, Commissioner of Education, and Michael Bryan,

   Principal of Kate Sullivan, did violate the procedural due process clause of the

   14th Amendment of the U.S. Constitution when they failed to give me an

   opportunity to be heard in the form of a full evidentiary hearing and a full,

   detailed account of the reasons for the proposed suspension well ahead of time,

   prior to me being suspended.

10. In *Goldberg v. Kelly*, some of the minimum procedural safeguards demanded by

    basic due process includes, but is not limited to:

    - The provision of an opportunity to be heard, and the date and time for this
      opportunity should be provided to the concerned individual well ahead of
      time.
    - A full, detailed account of the reasons for the proposed suspension must
      be furnished well in advance.
    - The opportunity for the accused employee to defend him or herself and to
      question the evidence provided against him or her should be provided.
    - The individual must receive the opportunity to cross-examine the
      witnesses present.
    - It's compulsory that the decision reached must strictly rest on legal rules
      and laws and on the evidence presented at the hearing.
    - The decision-making body must be impartial and unbiased.

11. The underlying idea behind practicing and attaching appropriate importance to

    procedural due process is to ensure that individual students, as well as teachers,

    are not unnecessarily burdened with arbitrary actions against them by any

    institution or individual.

12. The due process clause of the 14th Amendment protects the people from arbitrary

    deprivation of Life, Liberty, and Property without due process of law. See case

law: *Deshaney v. Winnebago County Dept. of Sec. Servs. 489 U.S. 189, 196 (1993)*. Plaintiff's personal rights were violated.

13. This court must note that the Defendants, Richard Corcoran and Michael Bryan, were acting under color of state law when Plaintiff Camara Tunsill was not afforded the opportunity of a full evidentiary hearing in order to oppose any allegations prior to being suspended and banned from Leon County School property and prevented from picking up her family members who depended on her. See case law: *Arrington v. Cobb County, 139F. 3d 865 (11th Cir, 1998), U.S. Steel, LLC v. Tieco, Inc., 261 F. 3d 1275, 1288 (11th Cir. 2001).*

14. This court must accept all factual allegations in the complaint as true, construing the allegations and drawing all reasonable inferences in the light most favorable to the plaintiff. See case law: *Castro v. Secy of Homeland Sec., 472 F. 3d 1334 (11th Cir. 2006); Hill v. White, 321 F. 3d 1334, 1335, (11th Cir 2003).*

15. Federal Rules of Civil Procedure 8 (a) (2) requires only a short and plain statement of the claim showing that the pleader is entitled to relief. *Erickson v. Pardus, 551 U.S. 89, 93 (2007)*. Normally, specific facts are not necessary, the statement need only give the defendant fair notice of what the claim is and the grounds upon which it rests. See case law: *Bell Atlantic Corp. V. Twombly, 550 U.S. 544, 555 (2007).*

16. In order to avoid unnecessary litigation, which will lead to an obstruction of justice, to survive a 12(b)(6) motion to dismiss, the complaint must contain a "short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a)(2). This standard is met when the complaint contains

"sufficient factual matter, accepted as true, to state a claim to relief that is plausible on its face." _Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009)_ (quoting _Bell Atlantic Corp. V. Twombly, 550 U.S. 544, 570 (2007))_. When determining whether a complaint meets this plausibility standard, the court must accept the facts in the complaint as true and must view them in the light most favorable to the plaintiff. See _Twombly, 550 U.S. at 555; Castillo, 603 F. App'x at 915._

17. Because I will be proceeding pro se, my pleadings are to be held to a less stringent standard than pleadings drafted by an attorney and will be liberally construed. _Koger v. Florida, 130 F. App'x 327, 332 (11th Cir. 2005) (citing Tannenbaum v. United States, 148 F. 3d 1262, 1263 (11th Cir. 1998))_. The court consideration is limited to those facts contained in the complaint and attached exhibits. _Griffin inds., Inc.v. Irvin, 496 F. 3d 1189, 1199 (11th Cir. 2007)._ Under Fed. R. Civ. P. 10 (c), "attachments are considered part of the pleading for all purposes, including a Rule 12(b)(6) motion." _Solis-Ramirez v. U.S. Dep't of Justice, 758 F. 2d 1426, 1430 (11th Cir. 1985)._

18. To reiterate, my cause of action is the simple fact that on **September 28, 2018, I was hand-delivered an official letter, notifying me that I was on administrative leave with pay pending review of a recent incident. Prior to this letter, I never knew I was under investigation, nor was I afforded an opportunity of full due process to refute any allegations before having my record blemished with a suspension. Also, the letter was based solely off of allegations unsupported with prima facie evidence, which makes it moot and frivolous, thus leading to the violation of my 14th amendment right, causing**

**me irreparable harm. This unlawful act led to a frivolous administrative complaint filed by Richard Corcoran, which ultimately prevented me from teaching. See Exhibits D-9 and I.**

19. I should have been given an opportunity to refute the allegations in the form of a full evidentiary hearing prior to being suspended and banned from school grounds with no notice at all. This would have prevented my record from being blemished, but instead I was discriminated against and deprived of my 14th Amendment Right.

20. I have committed no crime, and I always put my students first. I love my job and teaching is my passion. I am a two-time recipient of the Best and Brightest teaching award and I was selected as Kate Sullivan's 2018 Glenn-Howell Distinguished Educator of the Year by the school's faculty and staff; these allegations are an assault on my reputation and character.

21. If the defendants obstruct justice by bringing forth a frivolous argument, I will request the court for sanctions.

22. Therefore, this court must note that the defendants mentioned herein were deliberately indifferent to Camara Baiyina Njeri Tunsill's constitutional rights of procedural due process of law under the 14th Amendment, which is mandated.

## RELIEF

**WHEREFORE**, Plaintiff Camara Baiyina Njeri Tunsill, hereby requests damages

against Richard Corcoran, Commissioner of Education, et al. for mental and emotional

distress, embarrassment and humiliation, loss of professional reputation, loss of

enjoyment of life, loss of wages, loss of pride, and other pecuniary damages in the

amount of Ten Million dollars ($10,000,000.00). Also, Ten Million Dollars

($10,000,000.00) for punitive damages and Ten Million Dollars ($10,000,000.00) for

defamation of character. The plaintiff requests a permanent injunction against the Florida

Department of Education and Leon County Schools to prevent them from barring her

from teaching and subbing and requests to be reinstated as the Emotionally Handicapped

teacher at Kate Sullivan Elementary School. She also demands a jury trial of her Muslim

peers. Auth. Fed. R. Civ. P. 38 (A)(B).

Respectfully Submitted,

*Camara Tunsill*

Camara Tunsill
1577 Jacks Drive Apt A
Tallahassee, FL 32301
(850) 559-0213

## STATEMENT OF VERIFICATION

I have read the above complaint and it is correct to the best of my knowledge.

*Camara Tunsill* .

# Exhibit A

**Fw: Request**

camara.tunsill@.../Inbox

  **Tunsill, Camara** <tunsillc@leonschools.net>
To: camara.tunsill@yahoo.com <camara.tunsill@yahoo.com>

Oct 3, 2018 at 8:08 PM

---

**From:** Williams, Jimmy (James A)
**Sent:** Tuesday, October 2, 2018 2:49 PM   ⑤
**To:** Tunsill, Camara
**Cc:** Fletcher, Millie
**Subject:** RE: Request

Ms. Tunsill,

Please feel free to give me a call so we can discuss further.

Respectfully,
~Jimmy Williams
850-487-7173

**From:** Williams, Jimmy (James A)
**Sent:** Tuesday, October 2, 2018 1:47 PM   ④
**To:** Tunsill, Camara <tunsillc@leonschools.net>
**Cc:** Fletcher, Millie <fletcherm3@leonschools.net>
**Subject:** RE: Request

Ms. Tunsill,

Please feel free to give me can so we can discuss further.

Respectfully,
~Jimmy Williams
850-487-7173

**From:** Tunsill, Camara
**Sent:** Tuesday, October 2, 2018 1:36 PM   ③
**To:** Williams, Jimmy (James A) <williamsj18@leonschools.net>
**Subject:** Re: Request

Mr. Williams,

This is a formal notification that I object to the denial of having a stenographer present on the grounds that it's a violation of my fourteenth amendment right of procedural due process.

Please consult with your district legal department once again and provide me with the law giving you the right to deny me the ability to have a stenographer present.

Ms. Tunsill

**From:** Williams, Jimmy (James A)
**Sent:** Tuesday, October 2, 2018 11:51:28 AM   ②
**To:** Tunsill, Camara
**Cc:** Bryan, Michael; Fletcher, Millie
**Subject:** RE: Request

Ms. Tunsill,

After consulting with our district legal department, you will not be permitted to have a stenographer present during your interview on Friday, October 5, 2018 at 10:00 A.M. We will record the interview if you wish and provide you with a copy of the recording at the conclusion of this investigation.

<u>As for the allegations in this investigation:</u> It is alleged that on Tuesday, September 25, 2018 student, Logan Scott made threats to kill himself and it is alleged you did not notify student, Scott's parents nor your school administration of the threats on September 25,2018.

Respectfully,
~Jimmy Williams

Coordinator
Safety and Security
Leon County Schools
487-7173

**From:** Tunsill, Camara
**Sent:** Tuesday, October 2, 2018 8:54 AM  ⓘ
**To:** Williams, Jimmy (James A) <williamsj18@leonschools.net>
**Subject:** Request

Dear Mr. Williams,

I would like a letter as soon as possible stating the allegations that I am supposed to be responding to on Friday, October 5th at 10 am.

Thank you,
Camara Tunsill

---

*SUNSHINE LAW AND PUBLIC RECORDS CAUTION: Florida has a very broad Public Records Law. Virtually all written communications to or from School Board of Leon County, Florida Personnel are public records available to the public and media upon request. E-mail sent or received on the LCSB system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State Law. Individual student records are deemed confidential.

**Fw: Second Request**

camara.tunsill@.../Inbox

 **Tunsill, Camara** <tunsillc@leonschools.net>
To: camara.tunsill@yahoo.com <camara.tunsill@yahoo.com>

Oct 3, 2018 at 8:09 PM

**From:** Williams, Jimmy (James A)
**Sent:** Wednesday, October 3, 2018 12:38 PM ②
**To:** Tunsill, Camara
**Cc:** Fletcher, Millie; Bryan, Michael
**Subject:** RE: Second Request

Ms. Tunsill,

You have not been suspended, you're on Administrative Leave with Pay pending review of the recent incident at Kate Sullivan Elementary School. Please feel free to contact me by phone if you'd like to talk further on this.

Respectfully,

~Jimmy Williams, Coordinator
Safety and Security
Leon County Schools
850-487-7173

**From:** Tunsill, Camara
**Sent:** Wednesday, October 3, 2018 7:53 AM ①
**To:** Williams, Jimmy (James A) <williamsj18@leonschools.net>
**Subject:** Second Request

Dear Mr. Williams,

For my reference, I would also like to know which "just cause" from subsection 5 of the Florida Statutes the district is using for the reason behind my suspension.

Thank you,
Camara Tunsill

*SUNSHINE LAW AND PUBLIC RECORDS CAUTION: Florida has a very broad Public Records Law. Virtually all written communications to or from School Board of Leon County, Florida Personnel are public records available to the public and media upon request. E-mail sent or received on the LCSB system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State Law. Individual student records are deemed confidential.

**From:** Tunsill, Camara
**Sent:** Thursday, October 4, 2018 9:59 AM ⓘ
**To:** Williams, Jimmy (James A) <williamsj18@leonschools.net>
**Cc:** Info, Community <CommunityInfo@leonschools.net>; Hunkiar, John <hunkiarj@leonschools.net>; Bryan, Michael <bryanm@leonschools.net>
**Subject:** Official Letter

See attachment.

Camara Tunsill

*SUNSHINE LAW AND PUBLIC RECORDS CAUTION: Florida has a very broad Public Records Law. Virtually all written communications to or from School Board of Leon County, Florida Personnel are public records available to the public and media upon request. E-mail sent or received on the LCSB system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State Law. Individual student records are deemed confidential.

**Njeri Tunsill** <njeri.tunsill@gmail.com>
To: kafilhq@gmail.com

Thu, Oct 4, 2018 at 12:26 PM

Begin forwarded message:

[Quoted text hidden]

October 4, 2018

Mr. Jimmy Williams
Coordinator, Safety, Security, & Professional Practices
Leon County Schools
2757 West Pensacola Street, Portable 2
Tallahassee, Florida 32304

Dear Mr. Jimmy Williams,

I am writing in response to the official letter scheduling an administrative
investigatory interview with me to discuss recent allegations, which is to be held on
Friday, October 5, 2018 at 10:00 A.M. and conducted in the Safety & Security
Portable (#2) at 2757 W. Pensacola St., Tallahassee, FL.

I hereby object to that meeting and request a 60-day continuance as well as a full
evidentiary hearing, open to the public, in pursuant to my 14th Amendment right of
procedural due process and Article 1, Section 9 of the Florida Constitution. Since I
have been barred from all Leon County School Property and LCS activities without
prior permission, which is also a violation of my 14th Amendment right due to it
depriving me of my liberty to handle personal affairs for my family unrelated to my
job, I request that the hearing be held on neutral grounds, away from any Leon
County School Property. I also demand that a certified court reporter be present at
the School Board's expense, for legal purposes, as I will object to any meeting
without a certified court reporter. My intentions are to file a Title 42 U.S. Code §
1983 deprivation of rights lawsuit on the grounds that I have been deprived of my
14th Amendment right of procedural due process, which is mandated.

Respectfully,

*Camara Tunsill*

Camara Tunsill
1577 Jacks Dr. Apt A
Tallahassee, FL 32301

## Certificate of Service

I HEREBY CERTIFY that a copy hereof has been furnished by mail to the following:

Mr. Rocky Hanna
Superintendent
Leon County Schools
2757 W. Pensacola St.
Tallahassee, FL 32304

Mr. Michael Bryan
Principal, Kate Sullivan Elementary School
927 Miccosukee Rd, Tallahassee, FL 32308

Mr. John Hunkiar
Chief, Safety, Security
& Professional Practices
Leon County Schools
2757 W. Pensacola St.
Tallahassee, FL 32304

Mr. Jimmy Williams
Coordinator
Safety, Security &
Professional Practices
Leon County Schools
2757 W. Pensacola St.
Tallahassee, FL 32304

↳ Damaged, but addressed to Mr. John Hunkiar,

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jimmy Williams
2757 W Pensacola St
Tallahassee, FL 32304

Kendrick Hatcher

9590 9402 4019 8079 0768 21

2. Article Number (Transfer from service label)
7018 0680 0001 6393 8200

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___ □ Agent □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

2757 W Pensacola St
Tallahassee, FL 32304

Aeolia St

9590 9402 4019 8079 0768 38

2. Article Number (Transfer from service label)
7018 0680 0001 6393 8187

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___ □ Agent □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   10/11/19
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Rocky Hanna
2757 W Pensacola St
Tallahassee, FL 32304

Kendrick Hatcher

9590 9402 4019 8079 0768 45

2. Article Number (Transfer from service label)
7018 0680 0001 6394 1910

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___ □ Agent □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   10/15/19
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Michael Bryan
907 Miccosukee Rd.
Tallahassee, FL 32308

9590 9402 4019 8079 0768 14

2. Article Number (Transfer from service label)
7018 0680 0001 6393 8170

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ___ □ Agent □ Addressee
B. Received by (Printed Name)   C. Date of Delivery
   10/15/19
D. Is delivery address different from item 1? □ Yes
   If YES, enter delivery address below: □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise

Domestic Return Receipt

 Gmail

**Njeri Tunsill <njeri.tunsill@gmail.com>**

# Fwd: Official Letter

2 messages

**Tunsill, Camara** <tunsillc@leonschools.net>     Thu, Oct 4, 2018 at 12:26 PM
To: "njeri.tunsill@gmail.com" <njeri.tunsill@gmail.com>

Begin forwarded message:

**From:** "Williams, Jimmy (James A)" <williamsj18@leonschools.net>
**Date:** October 4, 2018 at 12:22:27 PM EDT
**To:** "Tunsill, Camara" <tunsillc@leonschools.net>
**Cc:** "Hunkiar, John" <hunkiarj@leonschools.net>, "Bryan, Michael"
<bryanm@leonschools.net>, "Fletcher, Millie" <fletcherm3@leonschools.net>
**Subject: RE: Official Letter**

Ms. Tunsill,

Our administrative investigative interview is still set for tomorrow, Friday, October 5, 2018 at 10:00 A.M.,
here at the Safety and Security office. You may have representation at this interview if you choose to do
so. You will be given an opportunity at that time to respond to the allegations and you may also provide
a written statement.

Respectfully,

-Jimmy Williams

Coordinator,

Safety and Security

Leon County Schools

850.487.7173



**Njeri Tunsill <njeri.tunsill@gmail.com>**

---

# Fw: Meeting tomorrow

**Tunsill, Camara** <tunsillc@leonschools.net>                    Thu, Oct 4, 2018 at 8:38 PM
To: "njeri.tunsill@gmail.com" <njeri.tunsill@gmail.com>

---

**From:** Bryan, Michael
**Sent:** Thursday, October 4, 2018 7:44 PM
**To:** Tunsill, Camara
**Cc:** Williams, Jimmy (James A)
**Subject:** Meeting tomorrow

Ms. Tunsill,

I called and left you a voicemail earlier.  Please call me back.

I read the letter you submitted in response to your scheduled meeting with Mr. Williams tomorrow at Safety and Security.  While I think I understand your hesitation, it is simply not an option to refuse to attend.  The purpose of this meeting is to gather information surrounding an incident that occurred with one of your students last week.  It is not a legal proceeding.  As he stated in your letter, you are on leave of absence with pay-- not suspension.  And since this meeting is scheduled during your regular work day, you are required to attend.

Please make every effort to attend this meeting as scheduled.  To refuse would be considered insubordination and would have to be documented as such.

Again, please call me at 508-3937 so we can discuss this further.

Thank you,

Michael W. Bryan
Principal

*SUNSHINE LAW AND PUBLIC RECORDS CAUTION: Florida has a very broad Public Records Law. Virtually all written communications to or from School Board of Leon County, Florida Personnel are public records available to the public and media upon request. E-mail sent or received on the LCSB system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State Law. Individual student records are deemed confidential.

# Exhibit B



**Instructor Led**  #23977 District Suicide Risk and Threat Risk Assessment Training

This is the district- mandated training for all counselors, administrators and any others participating in suicide and/or threat risk assessments. The training is updated to include threat assessment. It is offered for new personnel as well as a refresher for those who have participated in the previous training. Training reviews district policy and procedures as well as risk and threat assessment procedures.
Read Less.

Credit          Views 0

Select a section to register

#26969 2018-19 District Suicide and Threat Risk Assessment Training ⓘ          11/02/2018 @ 1:00 PM    Seats 23 left of 75          Register

#27128 2018-19 District Suicide and Threat Risk Assessment Training ⓘ          11/07/2018 @ 1:00 PM    Seats 39 left of 75          Register



**Instructor Led**

**District Suicide Risk and Threat Risk Assessment Training | 2018-19 District Suicide and Threat Risk Assessment Training**

# Section Number: 26969
Location: 2813 South
Meridian Street
Tallahassee, FL 32301

Nov **2**

November 2, 2018 - November 2, 2018
1:00 PM - 4:00 PM

| Name | School/District | Demographics | Enroll Date | Registration Status |
|---|---|---|---|---|
| ANDERSON, JANECE O | Sealey Elementary, Elementary School | Category: Category3 Schools Schools: Elem - TEACHER Schools: Elem - TEACHER: Guidance Counselor - Elem. | 09/05/2018 | Registered |
| BRYAN, MICHAEL W | Sullivan Elementary, Elementary School | School Based Admin School Based Admin: Principal School Based Admin: Principal: Principal Gen-Elem. | 10/23/2018 | Registered |

November 2, 2018 - November 2, 2018
1:00 PM - 4:00 PM

| Name | School/District | Demographics | Enroll Date | Registration Status |
|---|---|---|---|---|
| | | Principal: Assistant Principal - High | | |
| MOORE, URSULA H | Oak Ridge Elementary, Elementary School | District District: Support District: Support: Instr. Para-Title 1- Elem PT 3 | 10/08/2018 | Registered |
| MYERS, SYLVIA W | Sullivan Elementary, Elementary School | School Based Admin School Based Admin: Assistant Principal School Based Admin: Assistant Principal: Assistant Principal - Elem. | 10/25/2018 | Registered |

# Exhibit C

March 11, 2018

Andrea Bailey, Investigator
Florida Department of Education
325 West Gaines St., Room #224
Tallahassee, Florida 32399-0400

Dear Ms. Bailey,

I am requesting a copy of any results from your preliminary investigation that I need to review and respond to. I would like to respond, but not in person or on the phone. I need all correspondence to be on the record and in writing.

Sincerely,

Camara Tunsill

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at *www.usps.com®.*

TALLAHASSEE, FL 32399

| Certified Mail Fee | | |
|---|---|---|
| $3.50 | | 0682 |
| $ | $0.00 | 23 |

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)  $ $0.00
☐ Return Receipt (electronic)  $ $0.00
☐ Certified Mail Restricted Delivery  $ $0.00
☐ Adult Signature Required  $ $0.00
☐ Adult Signature Restricted Delivery $ $0.00

Postmark
Here

Postage
$0.55
$
03/11/2019

Total Postage and Fees
$
$4.05

Sent To  Ms. Andrea Bailey

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

7018 2290 0001 2610 1219

Exhibit D

Educator: Camara Tunsill

PPSNo: 189-0797

DOCKET NO. 189-0797

Camara Tunsill

District Report (Initial Report)
Filed Nov 2, 2018................................................................................................3

Opening letter sent out to district.
Filed Nov 5, 2018................................................................................................21

Opening letter sent out to respondent.
Filed Nov 8, 2018................................................................................................23

Miscellaneous Document - Mitigation Document from respondent
Filed Nov 27, 2018..............................................................................................25

Certified Mail Green Card
Filed Nov 29, 2018..............................................................................................32

Investigative Documents compiled by Professional Practices Services (PPS)
Filed Mar 5, 2019................................................................................................33

Informal Conference Letter
Filed Mar 6, 2019................................................................................................38



**BOARD CHAIR**
Alva Swafford Striplin

**BOARD VICE CHAIR**
Maggie Lewis-Butler

**BOARD MEMBERS**
Georgia "Joy" Bowen
DeeDee Rasmussen
Rosanne Wood

**SUPERINTENDENT**
Rocky Hanna
October 24, 2018

<u>VIA UNITED STATES MAIL</u>
Ms. Marian Lambeth, Bureau Chief
Professional Practices Services
Room 224, FEC
325 West Gaines Street
Tallahassee, FL 32399-1950

RE:    Camara Tunsill - Certificate # 1291027

Dear Ms. Lambeth:

Ms. Camara Tunsill, an ESE teacher assigned to Kate Sullivan Elementary School, was alleged to have not followed LCSB Policy 5350, Suicide Intervention Procedures.   On September 28, 2018, Ms. Tunsill failed to promptly report a suicide threat made by one of her students while in her class to school administration or the student's parents. Leon County Schools Safety, Security & Professional Practices conducted an investigation and sustained the allegations on October 16, 2018.  Based on our review of all the information regarding this matter, we have concluded that this behavior constitutes a violation of s. 1012.795, F.S.

Enclosed please find the PPS reporting form and materials related to the sustained allegations against Ms. Tunsill. As a result of the findings in this investigation, Ms. Tunsill received a letter of reprimand dated October 17, 2018.

If you have any questions or need additional information, please contact my office at (850) 487-7117.

Sincerely,

John C. Hunkiar
Chief
Safety, Security & Professional Practices

Enclosures

cc:    Sue Kraul, Divisional Director
       Michael Bryan, Principal
       Mary Nicholson, Director, Human Resources
       Camara Tunsill, Teacher

2757 West Pensacola Street • Tallahassee, Florida 32304-2998 • Phone (850) 487-7147 • Fax (850) 487-7141 •
www.leon.k12.fl.us
*"The Leon County School District does not discriminate against any person on the basis of gender, marital status, sexual orientation, race, religion, national origin, age, color or disability."*
**B u i l d i n g   t h e   F u t u r e   T o g e t h e r**

# EDUCATOR MISCONDUCT REPORTING FORM
### Office of Professional Practices Services

**REPORTER INFORMATION:**
☒Public School ☐Charter School ☐Private School ☐FSDB ☐Lab School

**REPORTER CONTACT INFORMATION:**

School/District: Leon County School District
Contact Person Name and Title: John Hunkiar, Chief
Contact Address and Telephone: 2757 W. Pensacola St., Tallahassee, FL  32304   (850) 487-7117

---

**INFORMATION REGARDING THE EDUCATOR BEING REPORTED**

EDUCATOR'S NAME:  Camara Tunsill

ADDRESS: 3534 Forest Oak Lane, Tallahassee, FL  32308

HOME PHONE: 850-559-0213       WORK PHONE:   CELL PHONE:

SSN:       DATE OF BIRTH 08/03/1991        DOE CERTIFICATE #1291027

ASSIGNED SCHOOL: Sullivan Elementary

POSITION: Teacher            SUBJECT/GRADE LEVEL: ESE

YEARS EXPERIENCE: 2
CONTRACTUAL STATUS: active
CURRENT EMPLOYMENT STATUS: active

**SUMMARY OF THE ALLEGATION:**
**Alleged to have not followed LCS Suicide Intervention Procedures**
**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Reporting Directions**        For questions, contact our office at 850.245.0438
**In addition to the reporting form, submissions to the Office of Professional Practices Services should include:**
1.  All investigative materials, reports, evidence, documents or related materials (Examples include, victim or witness statements, arrest reports or court documents, newspaper articles, computer evidence, video or audio tapes, text messages or cell phone records, photographs, grade books or calendars, gifts/items, statements, arrest report(s), court documents, local investigative reports, termination or disciplinary documents, letter of resignation, district disciplinary action documents, DOAH Orders, and class rosters). **Do not send sanitized or redacted documents.**
2.  The educator's current certification information and any applications processed or renewed at the local level.
3.  Name and contact information for all victims and witnesses (see and duplicate page two as necessary).

**Direct all correspondence via regular mail to:**
Florida Department of Education, Office of Professional Practices Services,
325 West Gaines Street, Suite 224-E, Tallahassee, Florida 32399-0400

**BOARD CHAIR**
Alva Swafford Striplin

**BOARD VICE CHAIR**
Maggie Lewis-Butler

**BOARD MEMBERS**
Georgia "Joy" Bowen
DeeDee Rasmussen
Rosanne Wood



**LEON COUNTY SCHOOLS**

**SUPERINTENDENT**
**Rocky Hanna**

## PRELIMINARY PERSONNEL INVESTIGATION

**Location:  Kate Sullivan Elementary School**

**Subject Employee:  Ms. Camara Tunsill**

**Incident Date:  Tuesday, September 25, 2018**

## ALLEGATION

It is alleged Ms. Camara Tunsill, a teacher at Kate Sullivan Elementary School, failed to notify the parents of Logan Scott (student), Mr. Michael Bryan (Kate Sullivan Principal) or any other school administrator after Logan made suicidal statements while he was in class on Tuesday, September 25, 2018

**5350 - SUICIDE INTERVENTION PROCEDURES.**

**RESPONSE: GENERAL CONSIDERATIONS AND REQUIREMENTS**

Parents/Guardians (herein "parents"), students, and school personnel have shared responsibility for being aware of suicide warning signs and bringing information regarding a student that may be contemplating suicide to the attention of school administrators and/or designated school personnel.

## ADMINISTRATIVE NARRATIVE

On Thursday, September 27, 2018 the Leon County School District Safety and Security Department received an "Institutional" notification from the Florida Department of Children and Family (DCF). Bianca Williams, Investigator for DCF was assigned the case.  The notification alleged that Ms. Camara Tunsill, ESE Teacher, and Mr. Antre Sanders, Behavioral Specialist, failed to report suicidal threats made by Logan Scott (hereafter referred to as LS).

1

On Thursday, September 27, 2018, at approximately 3:00 P.M. Leon County Superintendent of Schools, Rocky Hanna, authorized a Preliminary Personnel Investigation into this matter. On the same day I was assigned this case.

On Thursday, September 27, 2018, at approximately 4:20 P.M. I met with Principal Michael Bryan. Mr. Bryan advised the following:

> On Tuesday, September 25, 2018, LS told Behavioral Specialist Antre Sanders that he wanted to video killing himself, and it would be Mr. Sander's fault. Mr. Sanders then told the teacher, Ms. Camara Tunsill, what LS had said. On the same day, at 5:50 PM, Ms. Tunsill sent an email and attempted a call to the Guidance Counselor, Darla Wolak. In the email and phone message, Ms. Tunsill asked to see Ms. Wolak the next day, Wednesday, September 26, 2018, after school had begun.

> On Wednesday, September 26, 2018, Ms. Wolak met with Ms. Tunsill in Ms. Tunsill's classroom. Ms. Tunsill advised Ms. Wolak of the incident that took place the day before with LS. Ms. Wolack immediately left and met with Mr. Bryan to advise him of the incident. Ms. Wolak then called LS's mother, Shawna Scott, and spoke with her. During this call Ms. Scott told Ms. Wolak that on Tuesday night, September 25, 2018, LS had been Baker Acted because he had threatened to kill himself with a knife while he was at home. Mr. Bryan advised that Ms.Tunsill has had no disciplinary issues while working for him, and that she has been a very good employee.

> On the morning of Friday, September 28, 2018, Mr. Bryan placed Ms. Tunsill on administrative leave with pay pending the completion of this investigation.

On Monday, October 1, 2018, at approximately 11:25 A.M., I spoke with LS's mother, Ms. Shawna Scott, by phone. She advised the following during our conversation:

> Ms. Scott is unhappy with the school for failing to notify her as soon as LS made the threats to kill himself. Ms. Scott stated that on the evening of Tuesday, September 25, 2018, LS called her and threatened to kill himself with a knife. Ms. Scott said her son was then Baker Acted by law enforcement. I explained that the District will be looking into this matter, and we would keep her informed as the investigation progressed.

On Monday, October 1, 2018, I spoke with Ms. Tunsill by phone advising her of the District's request to have an administrative interview with her on Friday, October 5, 2018, at 10:00 A.M. at the Safety and Security Portable (#2), 2757 W. Pensacola Street. I advised Ms. Tunsill that she could have representation present during the interview if she wished to do so. This was all stated in her letter as well. On the same day, I contacted Mr. Antre Sanders in person at Kate Sullivan School and provided him with a letter requesting an administrative interview with him on Friday, October 5, 2018 at 1:30 P.M. While speaking with Mr. Sanders, I advised he could have representation present during the interview if he wished to do so.

On Tuesday, October 2, 2018, I contacted Mr. Sanders by phone (850-688-0216) and requested to move his administrative interview to 8:30 A.M on Friday rather than 1:30 P.M. He acknowledged the time change and said he would be there.

On Friday, October 5, 2018, at approximately 8:30 A.M., Mr. Ante Sanders met with Coordinator, Buddy Tricquet and me at the Safety and Security Office to provide his statement regarding the incident with LS on September 25, 2018. Mr. Sanders provided the following statement in essence:

> On Tuesday, September 5, 2018, at approximately 10:00 A.M. LS's behavior was such that he had been placed in the hallway just outside the class room to calm down. Mr. Sanders said he was present with LS in the hallway. LS stated, "I'm going to get you to hell, and I hope your underwear are soaked in gasoline." Shortly after this, LS told Mr. Sanders that he was going to video tape killing himself so Mr. Sanders would be blamed for it.

> Mr. Sander advised that he immediately reported LS's statements to the teacher, Ms. Tunsill. Mr. Sanders said Ms. Tunsill attempted to call Ms. Wolak, School Guidance Counselor. Mr. Sanders said Ms. Tunsill was unable to make contact with Ms. Wolak at that time. This was the extent of Mr. Sanders' involvement. NOTE: There are no cameras in the hallway where the alleged statements took place.

On Friday, October 5, 2018, at approximately 10:00 A.M. Ms. Camara Tunsill met with Buddy Tricquet and me at the Safety and Security Office for her administrative interview. Ms. Tunsill requested that the interview be taped which I did with my department iPhone.

I began the interview by providing Ms. Tunsill with the "Employee Interview Preliminary Personnel Investigation Form" which she read, initialed and said she understood. Ms. Tunsill acknowledged that when I called her on Monday, October 1, 2018, she was given more than 48 hours to prepare for the interview and that I had advised her of her right to representation during the interview.

The following is her interview in essence:

> Ms. Tunsill advised that on Tuesday, September 25, 2018, between 12:00 P.M. and 1:00 P.M., Mr. Sanders reported to her that LS stated he wanted to kill himself. At this time, Ms. Tunsill attempted to call Ms. Wolak by phone with no answer and, she could not leave a message. Ms. Tunsill said she emailed Ms. Wolak later in the evening asking to see her the next day. Ms. Tunsill stated she texted LS's mother at 8:23 P.M. and asked "Are you able to speak briefly?" with no response.

During this interview she was asked if she had received any training in the area of suicide intervention. Ms. Tunsill replied by saying, "No".

I asked Ms. Tunsill if she could go back in time would she have done anything different, if so, what would it be? She said, "Now that I've read the board policy, I would have contacted Mr. Bryan when I could not reach Ms. Wolak".

I spoke with Ms. Bianca Williams (DCF) to discuss this "Institutional". She said that she had spoken with Ms. Tunsill, and that Ms. Tunsill told her what had occurred with LS. Ms. Tunsill said she did not report LS's suicidal statement the day it occurred, but that she had attempted to call Mrs. Wolak, but was unable to reach her.

## CONCLUSION

Based on the information received during this investigative process, there is sufficient evidence to support that employee, Camara Tunsill, violated Leon County Schools Policy 5350, Suicide Intervention Procedures, and the Principles of Professional Conduct for the Education Profession in Florida. **The allegation is Sustained.**

Jimmy Williams, Coordinator                    10-16-18

                                                              **Date**

**Attachments:**        **Tunsill Administrative Leave Letter (Exhibit A)**
                                  **Tunsill Interview Notification (Exhibit B)**
                                    **Tunsill "Objection Letter dated October 1, 2018 (Exhibit C)**
                                    **Sanders Interview Notification (Exhibit D)**
                                    **Tunsill/Wolak email chain (Exhibit E)**
                                    **Tunsill Employee Interview Form (Exhibit F)**

(Exhibit "A")



**BOARD CHAIR**
Alva Swafford Striplin

**BOARD VICE CHAIR**
Maggie Lewis–Butler

**LEON COUNTY SCHOOLS**

**BOARD MEMBERS**
Georgia "Joy" Bowen
DeeDee Rasmussen

Rosanne Wood

**SUPERINTENDENT**
Rocky Hanna

**September 28, 2018**

**HAND DELIVERED**

Ms. Camara Tunsill
3534 Forest Oak Lane
Tallahassee, FL  32308

Dear Ms. Tunsill:

This letter is official notification that beginning today, September 28, 2018, you are being placed on administrative leave with pay pending review of a recent incident. During this leave, you are neither to be present on the Leon County School property or at LCS activities without prior permission from me nor to communicate with parents, students, or staff. You are, however, to make yourself available by phone during your normal workday hours for contacts with District staff and me.

Please contact me at 850-487-1216 or John Hunkiar, Chief, Safety, Security & Professional Practices at 487-7117, if you wish to discuss this action.  This leave is in effect until you are contacted by me or other District administrator regarding your work status.  Thank you for your cooperation.

Sincerely,

Michael W. Bryan

**Michael Bryan**
**Principal**
**Kate Sullivan Elementary School**

cc:    John Hunkiar, Chief
        Alan Cox, Assistant Superintendent
        Mary Nicholson, Director, Human Resources

(Exhibit "B")



**BOARD CHAIR**
Alva Swafford Striplin

**BOARD VICE CHAIR**
Maggie Lewis-Butler

**LEON COUNTY SCHOOLS**

**BOARD MEMBERS**
Georgia "Joy" Bowen
DeeDee Rasmussen

Rosanne Wood

**SUPERINTENDENT**
Rocky Hanna

October 1, 2018

Ms. Camara Tunsill
3534 Forest Oak Lane
Tallahassee, FL  32308

Dear Ms. Tunsill:

Leon County Schools has scheduled an administrative investigatory interview with you to discuss a recent allegation.  You may have representation at this interview if you choose to do so.  You will be given an opportunity at that time to respond to the allegations and you may also provide a written statement.

As this is an open investigation, no other information can be provided at this time.  You are prohibited from discussing or otherwise contacting any complainants or potential witnesses, including school district employees regarding this investigation.

At the conclusion of this investigation, this matter will be reviewed for appropriate disposition.

Please address any questions regarding this investigation to me at the address below.  Thank you for your cooperation in this matter. The interview will be conducted at in the Safety & Security Portable (#2), 2757 W. Pensacola St., Tallahassee, FL on Friday, October 5, 2018 at 10:00 A.M.

Sincerely,

Jimmy Williams
Coordinator
Safety, Security & Professional Practices


cc:    Michael Bryan, Principal
       John Hunkiar, Chief, Safety, Security & Professional Practices

*"Leon County Schools does not discriminate against any person on the basis of gender, marital status, sexual orientation, race, religion, national origin, age, or disability."*

**Building the Future Together**

October 4, 2018

Mr. Jimmy Williams
Coordinator, Safety, Security, & Professional Practices
Leon County Schools
2757 West Pensacola Street, Portable 2
Tallahassee, Florida 32304

Dear Mr. Jimmy Williams,

I am writing in response to the official letter scheduling an administrative investigatory interview with me to discuss recent allegations, which is to be held on Friday, October 5, 2018 at 10:00 A.M. and conducted in the Safety & Security Portable (#2) at 2757 W. Pensacola St., Tallahassee, FL.

I hereby object to that meeting and request a 60-day continuance as well as a full evidentiary hearing, open to the public, in pursuant to my 14th Amendment right of procedural due process and Article 1, Section 9 of the Florida Constitution. Since I have been barred from all Leon County School Property and LCS activities without prior permission, which is also a violation of my 14th Amendment right due to it depriving me of my liberty to handle personal affairs for my family unrelated to my job, I request that the hearing be held on neutral grounds, away from any Leon County School Property. I also demand that a certified court reporter be present at the School Board's expense, for legal purposes, as I will object to any meeting without a certified court reporter. My intentions are to file a Title 42 U.S. Code § 1983 deprivation of rights lawsuit on the grounds that I have been deprived of my 14th Amendment right of procedural due process, which is mandated.

Respectfully,

Camara Tunsill
1577 Jacks Dr. Apt A
Tallahassee, FL 32301

**<u>Certificate of Service</u>**

I HEREBY CERTIFY that a copy hereof has been furnished by mail to the following:

Mr. Rocky Hanna
Superintendent
Leon County Schools
2757 W. Pensacola St.
Tallahassee, FL 32304

Mr. John Hunkiar
Chief, Safety, Security
& Professional Practices
Leon County Schools
2757 W. Pensacola St.
Tallahassee, FL 32304

Mr. Jimmy Williams
Coordinator
Safety, Security &
Professional Practices
Leon County Schools
2757 W. Pensacola St.
Tallahassee, FL 32304

Mr. Michael Bryan
Principal, Kate Sullivan Elementary School
927 Miccosukee Rd, Tallahassee, FL 32308

(Exhibit "D")

**BOARD CHAIR**
Alva Swafford Striplin

**BOARD VICE CHAIR**
Maggie Lewis–Butler

**LEON COUNTY SCHOOLS**

**BOARD MEMBERS**
Georgia "Joy" Bowen
DeeDee Rasmussen

Rosanne Wood

**SUPERINTENDENT**
Rocky Hanna

October 1, 2018

Mr. Antre J. Sanders
725 Wescott Street
Tallahassee, FL 32303

Dear Mr. Sanders:

Leon County Schools has scheduled an administrative investigatory interview with you to discuss a recent allegation. You may have representation at this interview if you choose to do so. You will be given an opportunity at that time to respond to the allegations and you may also provide a written statement.

As this is an open investigation, no other information can be provided at this time. You are prohibited from discussing or otherwise contacting any complainants or potential witnesses, including school district employees regarding this investigation.

At the conclusion of this investigation, this matter will be reviewed for appropriate disposition.

Please address any questions regarding this investigation to me at the address below. Thank you for your cooperation in this matter. The interview will be conducted at in the Safety & Security Portable (#2), 2757 W. Pensacola St., Tallahassee, FL on Friday, October 5, 2018 at 1:30 P.M.

Sincerely,

Jimmy Williams
Coordinator
Safety, Security & Professional Practices

cc:    Michael Bryan, Principal
       John Hunkiar, Chief, Safety, Security & Professional Practices

2757 West Pensacola Street • Tallahassee, Florida 32304–2998 • Phone (850) 487–7147 • Fax (850) 487–7141 •
www.leon.k12.fl.us

*"Leon County Schools does not discriminate against any person on the basis of gender, marital status, sexual orientation, race, religion, national origin, age, or disability."*

**Building the Future Together**

(Exibit "E")

**Williams, Jimmy (James A)**

| | |
|---|---|
| **From:** | Bryan, Michael |
| **Sent:** | Monday, October 1, 2018 3:53 PM |
| **To:** | Williams, Jimmy (James A) |
| **Subject:** | FW: requested email |

**From:** Wolak, Darla
**Sent:** Friday, September 28, 2018 7:56 AM
**To:** Bryan, Michael <bryanm@leonschools.net>
**Subject:** requested email


Darla J Wolak
Guidance Counselor
Kate Sullivan Elementary School
927 Miccosukee Rd.
Tallahassee, Fl 32308


**From:** Tunsill, Camara
**Sent:** Wednesday, September 26, 2018 11:06 AM
**To:** Wolak, Darla
**Subject:** Re: Tomorrow

Never mind.

**From:** Tunsill, Camara
**Sent:** Wednesday, September 26, 2018 7:49:29 AM
**To:** Wolak, Darla
**Subject:** Re: Tomorrow

Ok, thanks.

**From:** Wolak, Darla
**Sent:** Wednesday, September 26, 2018 7:43:26 AM
**To:** Tunsill, Camara
**Subject:** Re: Tomorrow

I will, but it won't be until after my classes.   I have duty, then a meeting at 8:25, then class at 8:50.

Darla J Wolak
Guidance Counselor
Kate Sullivan Elementary School

1

927 Miccosukee Rd.
Tallahassee, Fl 32308

**From:** Tunsill, Camara
**Sent:** Tuesday, September 25, 2018 5:50:17 PM
**To:** Wolak, Darla
**Subject:** Tomorrow

If you get a chance, come by room tomorrow morning after school starts.

*SUNSHINE LAW AND PUBLIC RECORDS CAUTION: Florida has a very broad Public Records Law. Virtually all written communications to or from School Board of Leon County, Florida Personnel are public records available to the public and media upon request. E-mail sent or received on the LCSB system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State Law. Individual student records are deemed confidential.

( EXHIBIT B )

**Williams, Jimmy (James A)**

| | |
|---|---|
| **From:** | Bryan, Michael |
| **Sent:** | Monday, October 1, 2018 3:53 PM |
| **To:** | Williams, Jimmy (James A) |
| **Subject:** | FW: requested email |

**From:** Wolak, Darla
**Sent:** Friday, September 28, 2018 7:56 AM
**To:** Bryan, Michael <bryanm@leonschools.net>
**Subject:** requested email

Darla J Wolak
Guidance Counselor
Kate Sullivan Elementary School
927 Miccosukee Rd.
Tallahassee, Fl 32308

**From:** Tunsill, Camara
**Sent:** Wednesday, September 26, 2018 11:06 AM
**To:** Wolak, Darla
**Subject:** Re: Tomorrow

Never mind.

**From:** Tunsill, Camara
**Sent:** Wednesday, September 26, 2018 7:49:29 AM
**To:** Wolak, Darla
**Subject:** Re: Tomorrow

Ok, thanks.

**From:** Wolak, Darla
**Sent:** Wednesday, September 26, 2018 7:43:26 AM
**To:** Tunsill, Camara
**Subject:** Re: Tomorrow

I will, but it won't be until after my classes.   I have duty, then a meeting at 8:25, then class at 8:50.

Darla J Wolak
Guidance Counselor
Kate Sullivan Elementary School

1

927 Miccosukee Rd.
Tallahassee, Fl 32308

**From:** Tunsill, Camara
**Sent:** Tuesday, September 25, 2018 5:50:17 PM
**To:** Wolak, Darla
**Subject:** Tomorrow

If you get a chance, come by room tomorrow morning after school starts.

*SUNSHINE LAW AND PUBLIC RECORDS CAUTION: Florida has a very broad Public Records Law. Virtually all written communications to or from School Board of Leon County, Florida Personnel are public records available to the public and media upon request. E-mail sent or received on the LCSB system will be considered public and will only be withheld from disclosure if deemed confidential pursuant to State Law. Individual student records are deemed confidential.



**LEON COUNTY SCHOOLS**

**EMPLOYEE INTERVIEW**
**PRELIMINARY PERSONNEL INVESTIGATION**

**Date:** _Friday, October 5, 2018_
**Employee:** _Ms. Camara Tunsill_
**Investigator:** _Jimmy Williams_

Please initial next to each statement to affirm the following:

_____ I understand that an allegation has been made and that I have been named as a subject of a preliminary personnel investigation.

_____ I understand that I have been directed to be present for an interview and respond to questions directly related to my employment as a Leon County Schools employee.

_____ I have been given appropriate notice of the interview and have been provided the opportunity to have a representative present during questioning.

_____ I understand this is an administrative investigation and that statements made will not directly be used against me in any possible subsequent criminal prosecution.

_____ As a professional public employee, and should I also hold State certification, I understand that the results of this investigation may be forwarded to the appropriate commission or compliance entity for further review and action.

_Camara Tunsill_
Employee Signature

_Jimmy Williams_
Investigator Signature

~~Representative~~ Signature
Witness



**BOARD CHAIR**
Alva Swafford Striplin

**BOARD VICE CHAIR**
Maggie Lewis-Butler



**LEON COUNTY SCHOOLS**

**BOARD MEMBERS**
Georgia "Joy" Bowen
DeeDee Rasmussen
Rosanne Wood

**SUPERINTENDENT**
Rocky Hanna

October 17, 2018

Ms. Camara Tunsill
3534 Forest Oak Lane
Tallahassee, FL 32308

Dear Ms. Tunsill:

The purpose of this letter is to reprimand you for failure to report a serious incident fully in conjunction with LCSB Policy 5350, Suicide Intervention Procedures, and failure to exercise the professional judgment expected of a Leon County Schools employee. As you know, a full investigation into these allegations was conducted.

The investigation revealed that you failed to notify this administration immediately of a student's threat to harm himself. Additionally, you failed to timely notify the parent of this potentially dangerous situation. Your handling of this situation was improper, unprofessional, and must not be repeated.
LCSB Policy 3210 Standards of Ethical Conduct states in letter A., "An instructional staff member shall make a reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental and/or physical health and/or safety."

This letter should serve to underscore the importance of complying with LCSB policies, rules and regulations. In the future, should you have a question concerning your responsibility as a LCSB employee, the school administration is willing to help. I must inform you that further instances of this type of behavior will be grounds for more severe disciplinary action, up to and including dismissal.

The findings in this matter as well this reprimand letter will be forwarded to the Florida Department of Education Office of Professional Practices Services.

2757 West Pensacola Street • Tallahassee, Florida 32304-2998 • Phone (850) 487-7147 • Fax (850) 487-7141 • www.leon.k12.fl.us
"No person shall on the basis of gender, marital status, sexual orientation, race, religion, national origin, age, color or disability be denied employment, receipt of services, access to or participation in school activities or programs if qualified to receive such services, or otherwise be discriminated against or placed in a hostile environment in any educational program or activity including those receiving federal financial assistance, except as provided by law."

**Building the Future Together**

Camara Tyosi
1577 Sniks Dr. Apt A
Tallahassee, FL 32301

CERTIFIED MAIL

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

7016 0640 0001 6393 8200

RETURN RECEIPT
REQUESTED

U.S. POSTAGE PAID
FCM LETTER
JACKSONVILLE, FL
32203
OCT 04, '18
AMOUNT
$6.20
R2304H107978-12

1000

Mr. Jimmy Williams
Coordinator
Safety, Security &
Professional Practices
Leon County Schools
2757 W. Pensacola St.
Tallahassee

Page 2
Tunsill, Camara


Should you wish to provide a written response to this letter, per your collective bargaining rights, you have ten (10) days to do so.

Sincerely,

Michael Bryan
Principal
Kate Sullivan Elementary School


cc:    John Hunkiar, Chief, Safety, Security & Professional Practices
       Alan Cox, Assistant Superintendent
       Mary Nicholson, Director, Human Resources
       Marian Lambeth, Office of Professional Practices Services, DOE

2757 West Pensacola Street • Tallahassee, Florida 32304-2998 • Phone (850) 487-7147 • Fax (850) 487-7141 • www.leon.k12.fl.us
"No person shall on the basis of gender, marital status, sexual orientation, race, religion, national origin, age, color or disability be denied employment, receipt of services, access to or participation in school activities or programs if qualified to receive such services, or otherwise be discriminated against or placed in a hostile environment in any educational program or activity including those receiving federal financial assistance, except as provided by law."

Building the Future Together



**FLORIDA DEPARTMENT OF**
# EDUCATION
fldoe.org

State Board of Education

Marva Johnson, *Chair*
Andy Tuck, *Vice Chair*
*Members*
Gary Chartrand
Ben Gibson
Tom Grady
Michael Olenick
Joe York

Pam Stewart
Commissioner of Education

November 5, 2018

Mr. John Hunkiar                            Re: Camara Baiyina Njeri Tunsill
Chief of Safety and Security                DOE No.: 1291027
Leon County School Board                    Case No.: 189-0797
2757 West Pensacola Street
Tallahassee, Florida 32304

Dear Mr. Hunkiar:

This letter is to acknowledge receipt of your report to the Office of Professional Practices Services regarding the above named individual.

The investigation into allegations against Camara Baiyina Njeri Tunsill will be assigned to a staff member who will be in contact with district and school staff in the near future. In addition to providing any documents or materials requested by staff, timely provide follow-up reports as required in Section 1012.796, Florida Statutes.

If we can be of assistance you may contact our office at 850.245.0438.

Sincerely,

Marian W. Lambeth, Chief
Professional Practices Services

HERSHEL LYONS
CHANCELLOR OF PUBLIC SCHOOLS



**FLORIDA DEPARTMENT OF**
**EDUCATION**
fldoe.org

State Board of Education

Marva Johnson, *Chair*
Andy Tuck, *Vice Chair*
*Members*
Gary Chartrand
Ben Gibson
Tom Grady
Michael Olenick
Joe York

Pam Stewart
Commissioner of Education

November 5, 2018

Mr. Rocky Hanna                                    **Re: Camara Baiyina Njeri Tunsill**
Superintendent                                     **DOE No.: 1291027**
Leon County School Board                           **Case No.: 189-0797**
2757 West Pensacola Street
Tallahassee, Florida 32304

Dear Mr. Hanna:

This letter is to acknowledge receipt of your report to the Office of Professional Practices Services regarding the above named individual.

The investigation into allegations against Camara Baiyina Njeri Tunsill will be assigned to a staff member who will be in contact with district and school staff in the near future. In addition to providing any documents or materials requested by staff, timely provide follow-up reports as required in Section 1012.796, Florida Statutes.

If we can be of assistance you may contact our office at 850.245.0438.

Sincerely,

Marian W. Lambeth, Chief
Professional Practices Services

HERSHEL LYONS
CHANCELLOR OF PUBLIC SCHOOLS

www.fldoe.org
325 W. Gaines Street | Tallahassee, FL 32399-0400 | 850-245-0505



**FLORIDA DEPARTMENT OF**
**EDUCATION**
fldoe.org

**State Board of Education**

Marva Johnson, *Chair*
Andy Tuck, *Vice Chair*
*Members*
Gary Chartrand
Ben Gibson
Tom Grady
Michael Olenick
Joe York

Pam Stewart
**Commissioner of Education**

November 08, 2018

Camara Baiyina Njeri Tunsill
3534 Forest Oak
Tallahassee, Florida 32308

CERTIFIED MAIL
Case No. 189-0797

Dear Ms. Tunsill:

In accordance with Section 1012.796, Florida Statutes, the Office of Professional Practices Services is charged with investigating alleged misconduct by Florida certified educators to determine if disciplinary actions should be pursued against a Florida Educator Certificate.

Following receipt of a complaint from the Leon School District, this office has determined an investigation is warranted into allegations that you failed to promptly report a suicide threat made by a student. If you have evidentiary[1] witnesses or documents pertinent to the case, send them to me no later than November 22, 2018.

Once our investigation is concluded you or your attorney will be notified of the opportunity for an Informal Conference[2].

As required by Section 1012.796, F. S.[3], this complaint and all information obtained pursuant to the investigation are confidential and exempt from public disclosure until the conclusion of the preliminary investigation.

Govern yourself accordingly.

Sincerely,

Andrea Bailey, Investigator

---

[1] being, relating to, or affording evidence
[2] the complaint and all material assembled during the investigation may be inspected and copied by the certificate holder under investigation, or the certificate holder's designee, after the investigation is concluded, but prior to the determination of probable cause by the commissioner.
[3] The complaint and all information obtained pursuant to the investigation by the department shall be confidential and exempt from the provisions of s. 119.07(1) until the conclusion of the preliminary investigation of the complaint

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAMARA TUNSILL
3534 FOREST OAK
TALLAHASSEE, FL 32308

9590 9402 4318 8190 2663 14

2. Article Number (Transfer from service label)

7017 2680 0000 3202 3391

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X                                      □ Agent
                                       □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery (over $500)
□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    *OPN LTR / ADB*    Domestic Return Receipt

---

**CERTIFIED MAIL**

7017 2680 0000 3202 3391

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
**Domestic Mail Only**

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
□ Return Receipt (hardcopy)          $
□ Return Receipt (electronic)        $
□ Certified Mail Restricted Delivery $
□ Adult Signature Required           $
□ Adult Signature Restricted Delivery $

Postage
$

Total Po
$

Sent To    CAMARA TUNSILL
Street an  3534 FOREST OAK
City, Sta  TALLAHASSEE, FL 32308

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions



FLORIDA DEPARTMENT OF
**EDUCATION**
fldoe.org

Florida Department of Education
325 West Gaines St., Room # 224
Tallahassee, Florida 32399-0400

November 21, 2018

2018 NOV 21  PM 4: 57

Andrea Bailey, Investigator
Florida Department of Education
325 West Gaines St., Room #224
Tallahassee, Florida 32399-0400

Dear Ms. Bailey,

First, I would like to contest the letter sent to Ms. Marian Lambeth on October 24, 2018, which alleges that a suicide threat was made by one of my students while in my class. This allegation implies that the threat was made in my classroom and in my presence, which was not the case. The threat was made in the timeout hallway in the presence of the behavior specialist. Furthermore, I would like to object to the allegation in that letter that my behavior constitutes a violation of Section 1012.795, F.S. as I have not committed any of the acts listed in subsection 1.

I would also like to acknowledge subsections 4 and 5 of Section 1012.796 of the Florida Statutes, which state that:

> The district school superintendent is charged with knowledge of these policies and procedures and is accountable for the training of all instructional personnel and school administrators of the school district on the standards of ethical conduct, policies, and procedures. If the district school superintendent...fails to enforce the policies and procedures of the district school board, and fails to comply with the requirements of this subsection...the district school superintendent is subject to penalties as specified in s. 1001.51(12).

The Leon County Schools Superintendent failed to train instructional personnel and school administrators of the Leon County School district and enforce the policies and procedures of the district school board, namely the LCSB Policy 5350 (Student Suicide Prevention) and LCSB Procedure 5350 (Suicide Intervention Procedures). A district suicide training for counselors and administration was only implemented **after** this incident, as evidenced in Support Document A.

I have included a copy of my response to the reprimand letter hand-delivered to me on Tuesday, October 23, 2018, which further addresses these allegations (Support Document B). Antre' Sanders will serve as an evidentiary witness. You may contact him at sandersa@leonschools.net.

Please send all further correspondence to 1577 Jacks Drive Apt. A, Tallahassee, FL 32301 as I no longer reside at 3534 Forest Oak Lane, Tallahassee, FL 32308.

Sincerely,

Camara Tunsill
Camara Tunsill

Support Document A



*Support Document B*

November 2, 2018

Mr. Michael Bryan
Principal
Kate Sullivan Elementary
927 Miccosukee Rd
Tallahassee, Florida 32308

Dear Mr. Bryan,

I hereby object to the reprimand letter hand-delivered to me on Tuesday, October 23, 2018 on the grounds that any official reproof surrounding the incident occurring on Tuesday, September 25, 2018 would have to include **all** parties who failed to carry out their duties fully in conjunction with LCSB Policy 5350 (Student Suicide Prevention) and LCSB Procedure 5350 (Suicide Intervention Procedures), including the Leon County Schools Superintendent, the Kate Sullivan Elementary Administration, and the Kate Sullivan Elementary Behavior Specialist.

As a Leon County Schools employee, I would like to stress the importance of the District providing the necessary training to better assist **all** employees with handling such crises as suicide. After searching for and recently reviewing the Leon County Schools Suicide Policies and Procedures, I read the Leon County Student Suicide Prevention Policy (5350), which indicates that "School personnel should be alert to signs of suicide ideation." School personnel is not limited to administrators and teachers, but rather ranges from the Superintendent to the school custodian. It further indicates that in order to be alert to these signs, "The Superintendent shall develop and implement administrative procedures whereby administrative and instructional staff members receive information to address student suicide risk. This information may include education and training in suicide awareness, recognizing the warning signs of suicide, identification of students who may be at risk for suicide, appropriate intervention and response procedures, knowledge of District and community resources, and postvention." While an administrative procedure concerning suicide intervention has been developed, the Superintendent has failed to implement such procedures whereby school personnel receive the necessary information to recognize and address student suicide ideation. Therefore, the Superintendent failed to carry out his duties fully in conjunction with LCSB Policy 5350 and LCSB Procedure 5350.

Although all Leon County Schools employees were mandated to take annual training on designated topics, including Computer Security Awareness, Ethics, Sexual Harassment, Student Data Privacy, W-2 selection, and Reporting Child Abuse and Neglect, we were **not** mandated to complete training on Suicide Prevention and Intervention, which resulted in the lack of training for numerous employees in matters relating to suicide in Leon County Schools despite the fact that The Leon County School Board claims to recognize "that suicide is one of the leading causes of death for Florida's youth" (Student Suicide Prevention, Policy Manual: 5350). I am requesting that this training be mandated from here on out. This training should be annual, as determined in the Suicide Intervention Procedures: "On an annual basis, school administrators review these steps and the school crisis plan with school personnel." The school administrators

Support Document B

failed to review these steps with school personnel on an annual basis, not only by failing to provide training with regard to "responding to suicide threats and attempts by students," but by failing to provide "the names of those individuals within the school designated to receive reports of students suspected of contemplating suicide as well as those individuals qualified to conduct suicide risk interviews" (Suicide Intervention Procedures, Procedures Manual: 5350). The provision of this training would most certainly have made a difference in the recent incident. However, the school administrators failed to carry out their duties fully in conjunction with LCSB Policy 5350 and LCSB Procedure 5350.

The Superintendent's failure to implement the aforementioned "administrative procedures whereby administrative and instructional staff members receive information to address student suicide risk" in conjunction with the administrators' failure to review these steps with school personnel on an annual basis is the leading cause of this incident, which included **two** Leon County Schools employees, neither of whom received information to address student suicide risk in the form of education or training in suicide awareness, recognizing warning signs of suicide, identification of students who may be at risk for suicide, appropriate intervention and response procedures, knowledge of District and community resources, or postvention. Therefore, **neither** employee was able to identify this student as "at risk for suicide," which resulted in **neither** employee notifying "administration immediately of a student's threat to harm himself." I would like to acknowledge, as per the Suicide Intervention Procedures, that "Parents/Guardians, students, and school personnel have **shared** responsibility for being aware of suicide warning signs and bringing information regarding a student that may be contemplating suicide to the attention of **school administrators and/or designated school personnel.**" Therefore, no Leon County Schools Employee has a higher responsibility than another in situations such as these and no Leon County Schools Employee should be subject to greater or fewer consequences than another Leon County Schools Employee regarding the same matter. LCSB Policy 4210, Standards of Ethical Conduct, states in letter A of the first section under "Ethical Conduct" that "A support staff member with direct access to students shall make a reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental and/or physical health and/or safety." Considering I am neither a school administrator nor designated school personnel, the Behavior Specialist failed to carry out his duties fully in conjunction with LCSB Policy 5350 and LCSB Procedure 5350.

I would also like to acknowledge that I still have rights as both a Leon County Schools Employee and a United States Citizen. The Code of Ethics requires us "To support the principles of due process to protect the civil and human rights of all individuals" (Code of Ethics, Policy Manual: 3210). My previous statements were in pursuit of these rights afforded to me by the 14th Amendment as well as Article 1, Section 9 of the Florida Constitution, where I am guaranteed procedural due process.

I was placed on "administrative leave with pay" under uncertain circumstances **without** procedural due process as I was never given a chance to protect my rights before I was sent home and essentially ostracized. I was asked during the interview why I was looking at this as "a bad thing" as if I was taking my treatment the wrong way. I was assured that I was not "suspended" but rather on "administrative leave with pay." For all intents and purposes, I was suspended with pay. For me, pay does not change the situation. I do my job because I love teaching, and I would

*Support Document B*

do it for free. Pay did not make my forced absence any easier. I do not take personal vacations from school. When I do take off, it is usually because I'm seriously ill and contagious or attending a school-related workshop. I spend most of my time working and learning. When I was sent home, I was told something to the effect of "go home and relax, take a walk, etc." as if this was some sort of vacation. I value my position as a teacher and being home instead of working in the classroom with my students was not, and will never be, a positive thing for me. Furthermore, being commanded to not be present on Leon County School property or at LCS activities nor to communicate with LCS parents, LCS students, or LCS staff "without prior permission" was essentially a restraining order against me, when according to the District Safety and Security Officers "this is not a criminal case." For all intents and purposes, I was being treated like a criminal. It may be "standard protocol," but I was not accused of rape, murder, sexual harassment, or anything of the such. Yet, the Safety and Security Officers gave examples like "This is the same thing that would happen if you had a relationship with a student," etc. These two events **cannot** be compared. While this was an unfortunate situation, I am **not** a criminal; yet, I have been treated like one, regardless of the technicalities and protocols. Therefore, I see that as a "bad thing."

According to Section 1012.335 of the Florida Statutes, which governs my contract, my dismissal would have to be a result of just cause. In this case, the only relevant just cause listed in subsection 5 would be "willful neglect of duty." As defined by FL Rule 6A-5.056, "willful neglect of duty" means "intentional or reckless failure to carry out required duties." Legally speaking, someone does something intentionally when they do it purposely, and not accidentally or involuntarily. "Intentional" implies a desire to cause the consequences of one's act. I most definitely did not intentionally fail to notify the appropriate parties. I had no desire whatsoever to withhold critical information on purpose in an effort to lead to the said act. Rather, I attempted on more than one occasion to notify the relevant parties. Furthermore, "reckless" is defined as having "disregard of, or indifference to" the consequences, which is certainly not true in my case (Black's Law Dictionary). I demonstrated regard through my attempts to contact the different parties. "Disregard" would mean that I failed to try altogether, which is absolutely false. It is a practice of mine to notify the guidance counselor **immediately** when such cases arise, as I have done each time in the past when instances like this have occurred.

All in all, this was an unfortunate incident that could have been prevented had **all** responsible parties carried out their duties in conjunction with LCSB Policy 5350 and LCSB Procedure 5350. As stated previously, I object to any reprimand concerning this situation on the grounds that any official reproof surrounding the incident occurring on Tuesday, September 25, 2018 would have to include **all** parties who failed to carry out their duties fully in conjunction with LCSB Policy 5350 and LCSB Procedure 5350, including the Leon County Schools Superintendent, the Kate Sullivan Elementary Administration, and the Kate Sullivan Elementary Behavior Specialist.

Sincerely,

Camara Tunsill

Support Document(

# Teacher Overall Final Evaluation Acknowledgment (Fall) for TUNSILL, CAMARA B

Date Printed: 10/27/2018

## Scores

1.

| | Score | Rating | Weighted Score |
|---|---|---|---|
| Instructional Practice Score | 3.1291 | Effective | 1.4081 |
| Professional Responsibility Score | 3.25 | Effective | 0.65 |
| Student Performance Measure | 4.00 | | 1.40 |
| ? Overall Evaluation Score | | Highly Effective | 3.4581 |

No Answer Sets

## Disclaimer

Marking "Acknowledge" indicates receipt of the overall rating of your evaluation and not necessarily agreement with the contents.

## Acknowledgement Comments

No Answer Sets

## Signatures

CAMARA B TUNSILL on 10/03/2018 5:00 PM Accepted

Page 1 of 1

Andrea Bailey, Investigator
Florida Dept. of Education
325 West Gaines St., Rm#224
Tallahassee, FL 32399-0400

Camara Tunsill
1577 Jacko Dr., Apt A
Tallahassee, FL 32301

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAMARA TUNSILL
3534 FOREST OAK
TALLAHASSEE, FL 32308

9590 9402 4318 8190 2663 14

2. Article Number *(Transfer from service label)*

7017 2680 0000 3202 3391

PS Form **3811**, July 2015 PSN 7530-02-000-9053        *OPN LTR / ADB*

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X ☐ Agent
☐ Addressee

B. Received by *(Printed Name)*        C. Date of Delivery
Camw Tucci        11-10-18

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☑ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

**Bailey, Andrea**

| | |
|---|---|
| **From:** | Bailey, Andrea |
| **Sent:** | Friday, March 1, 2019 12:23 PM |
| **To:** | 'Sandersa@leonschools.net' |
| **Subject:** | FW: Confidential Investigation - Camara Tunsill - 189-0797 |
| **Attachments:** | Adult Statement Acroform AB.pdf; PPS Brochure.pdf |
| | |
| **Importance:** | High |

Good afternoon Mr. Sanders,

Please see below email.

Thank you,
Andrea Bailey

**From:** Bailey, Andrea
**Sent:** Friday, November 30, 2018 3:23 PM
**To:** 'Sandersa@leonschools.net' <Sandersa@leonschools.net>
**Subject:** Confidential Investigation - Camara Tunsill - 189-0797
**Importance:** High

Good afternoon Mr. Sanders,

Our office is currently reviewing a complaint regarding Ms. Tunsill. I would like to get a detailed statement from you with regard to Ms. Tunsill and the incident involving student Logan Scott which was alleged to have taken place on or about September 25, 2018 (allegation Ms. Tunsill failed to promptly report a suicide threat made by a student).

In addition to providing a detailed statement regarding the incident, please be sure to include the following information in your statement:

How long have you been in your current position?
When and how did you hear about the allegation?
What did you do in response? Outcome?
Any previous incidents? Any incidents since?
Timeline of events leading up to and following the incident (who, what, where, when, why, how)
Did you report the statements made by Logan to anyone? Who?
Any other details you feel are relevant to the allegations

I have attached a blank statement for your completion. I appreciate your assistance in advance.

Please let me know if you have any questions or concerns.

Sincerely,
Andrea


Andrea Bailey
Investigator

1

IDI

**ADULT STATEMENT**

Michael W. Bryan                                              ·Principal

NAME                                                         POSITION/TITLE

927 Miccosukee Road              Tallahassee          FL          ·32308

ADDRESS: STREET                  CITY                 STATE       ZIP CODE

850-487-1216                     bryanm@leonschools.net           12/18/2018

(AREA) TELEPHONE                 EMAIL ADDRESS                    DATE

Having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or privilege, and without threat or the use of force or duress, and I do hereby state the following:

I have been a principal at Kate Sullivan Elementary School for two years. On 9/26/18, I was notified by our Guidance Counselor, Darla Wolak, that Logan Scott had made a suicide threat the day before. Ms. Wolak indicated that she got an email from Ms. Tunsill but did not see it until the morning of the 26th. She then called Logan's mother only to discover they had him Baker Acted the night before and that he was still in the hospital. When I heard all of this, I then reached out to the mother by phone to check on Logan. She was obviously very upset about the situation and didn't offer any details, and I didn't push.

Later I met with Ms. Tunsill and learned that the threat had been made in the presence of Mr. Sanders (ESE Behavior Specialist) and that he reported it to Ms. Tunsill. She further explained that she tried to call Ms. Wolak (Guidance Counselor) first and when she got no answer she sent the email. She admitted that she did not call administration or the parent. (It is important to note at this point that Logan had a passionate dislike for Mr. Sanders presumably because he dealt with the students that made consistently poor behavioral choices. To that end he was eager to discredit Mr. Sanders whenever he could as he did that day when he made the statement to harm himself and said something like "and it will be your fault" referring to Mr. Sanders). I am sure to Ms. Tunsill that this seemed like just one more "wild" statement that Logan made to draw additional attention to himself and it is the reason that she didn't treat it with more urgency as she should have done. Again, this is in no way an excuse but rather a plausible reason.

Additionally, I met with Mr. Sanders and he verified the statement that Logan made and that he reported it to Ms. Tunsill-- his immediate supervisor. While I did not directly inform Leon County Schools Office of Safety and Security of this incident, someone did and I then received a call from their director, John Hunkiar. We discussed the situation in detail and decided, given the seriousness of it, that we needed to thoroughly investigate it. To that end, we immediately placed Ms. Tunsill on Administrative Leave. The Office of Safety and Security then took the lead on the investigation and interviewed everyone involved including me. Their investigation was lengthy and thorough. Ultimately, Ms. Tunsill received a formal reprimand from me and Leon County Schools that is now a part of her personnel file. The expectation in these situations is to get a response/resolution before the student leaves the care of the school which means that the parent must be notified. This expectation is a part of school board policy and it has been discussed at times at our school. However, I don't think she received a written protocol for these situations-- something I am currently addressing with all of my staff.

It is clear that Ms. Tunsill made a mistake but barring this she has a spotless record. She is the lead teacher in Exceptional Student Education Behavioral class and she works with some of the most challenging students there are. And note, she was not placed there-- she was hired to be there because she is passionate about helping those students. In fact, while this was all occurring our staff selected Ms. Tunsill as the "Glenn Howell Distinguished Educator of the Year" for this school year for our school.

I have read each page of this statement consisting of ___1___ page(s), each page of which bears my signature, any corrections bear my initials, and I certify that the facts contained herein are true and correct to the best of my knowledge.

_Michael W. Bryan_                              _Andrea Bailey_
SIGNATURE                                       WITNESS, Andrea Bailey

                                                Page Number ___1___

1D2

**ADULT STATEMENT**

Darla J Wolak                                                                Counselor/Teacher

NAME                                                                        POSITION/TITLE

927 Miccosukee Rd                          Tallahassee                FL              32308

ADDRESS: STREET                           CITY                      STATE          ZIP CODE

850-487-1216                               wolakd2@leonschools.net                12/3/18

(AREA) TELEPHONE                          EMAIL ADDRESS                       DATE

Having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise to benefit or privilege, and without threat or the use of force or duress, and I do hereby state the following:

How long have you been in your current position?
I have been a counselor and teacher at Kate Sullivan for 2 1/2 years.   I have been an education in the State of Florida for 29 1/2 years.

When and how did you hear about the allegation?
On Sept. 26, 2018, I called the mother of Logan Scott to notify her that I was just informed that he had made a statement of wanting to harm himself on Sept. 25.  She informed me that he did make an attempt and she was not notified, but came home to find him.

What did you do in response? Outcome?
I immediately went to inform administration.   Mr. Michael Bryan, Principal, was in a meeting so I informed Ms. Syliva Myers, Asst. Principal, and said I would keep checking to see when Mr. Bryan was available.   A short time later, he came to my office.  I told him about the phone call and he said he was informed by Ms. Myers but wanted to hear it from me.

Any previous incidents? Any incidents since?
Logan did not return to Kate Sullivan Elementary School.   Since he is no longer here, I cannot access his cumulative folder or his online records.   I do know there have been multiple behavioral incidents in the classroom, but the teachers and/or paraprofessionals would have the specifics.

Timeline of events leading up to and following the incident (who, what, where, when, why, how)
9/26/18 - Email received from Ms. Tunsill, time stamped 9/25/18, 5:50 pm.  The email stated:  "If you get a chance, come by room tomorrow morning after school starts."

9/26/18 - 7:43 am - I responded saying I would come by after my classes.  "I will, but it won't be until after my classes.  I have duty, then a meeting at 8:25, then class at 8:50."  I was not informed, nor aware, of the nature of the situation.

9/26/18 - 7:49 am - She acknowledge the email at 7:49 am with "Ok, thanks."

(continued on 2nd page)

I have read each page of this statement consisting of *2* page(s), each page of which bears my signature, any corrections bear my initials, and I certify that the facts contained herein are true and correct to the best of my knowledge.

SIGNATURE                                          WITNESS,  Andrea Bailey

                                                   Page Number  1 of 2

ID3

**STATEMENT**

9/26/18 - 11:25 am - I visited Ms. Tunsill's class to see what she had wanted to share.   Unknown to me at the time, she sent an email at 11:06 am, stating "Never mind." She informed me that  Logan said he was going  to kill himself, was going to video tape it and that Mr. Sanders (paraprofessional) was going to go to hell.  I asked about seeing the student but was told he was absent today. I told her I needed to call the student's mother.   She said she had thought about it.

9/26/18 - 11:28 am (approx) I went to the office to update Mr. Bryan.   Because he in a meeting with the SRO and a student, I updated Ms. Myers and said I would keep checking to see when Mr. Bryan was available.

9/26/18 - 11:35 am (approx) Shortly after, Mr. Bryan came to my office.   He was aware of the situation.  ( I assume Ms. Myers updated him.)  He wanted to hear my side of the situation.  I informed him, as stated above.  He said he would be handling it and was going to go to see the teacher to gather information on what they know, contact the parent and contact his supervisor.

Who is responsible for reporting the statements made by the student?
The teacher is responsible for reporting any statements of possible harm.

Who should the report have been made to?
Any such reports are to be made to the office.   If the teachers is unable to reach anyone in the office. I (guidance counselor) should be contacted.

When did Ms. Tunsill inform you of the student's statements? What did you do with the information?
(see above)

I have read each page of this statement consisting of  _2_ page(s), each page of which bears my signature, any corrections bear my initials, and I certify that the facts contained herein are true and correct to the best of my knowledge.

SIGNATURE

WITNESS, Andrea Bailey

1D4

The School Board of Leon County                                    Page 1 of 1

**Management Documents**

▷ **Bylaws & Policies**
▷ **Administrative Procedures**
▷ **Forms**
▷ **State Government**

Search for:

[ Find It ! ]

### The School Board of Leon County
### Bylaws & Policies

Unless a specific policy has been amended and the date the poli
revised is noted at the bottom of that policy, the bylaws and policie
School Board of Leon County were adopted on September 4, 20
were in effect beginning September 5, 2012.

---

### 5350 - STUDENT SUICIDE PREVENTION

The School Board recognizes that suicide is one of the leading causes of death
for Florida's youth. The Statewide strategy for suicide prevention includes
school intervention since schools, in partnership with families and communities,
are in a position to identify youth at risk of suicide.

School personnel should be alert to signs of suicide ideation, that is, the
process of fantasizing, planning, practicing, and motivating oneself to commit
suicide, and to students who threaten or attempt suicide. Any such signs or the
report of such signs should be taken with the utmost seriousness.

The Superintendent shall develop and implement administrative procedures
whereby administrative and instructional staff members receive information to
address student suicide risk. This information may include education and
training in suicide awareness, recognizing the warning signs of suicide,
identification of students who may be at risk for suicide, appropriate intervention
and response procedures, knowledge of District and community resources, and
postvention.

F.S. 14.201, 14.20195, 1001.42(6), 1012.01(2)(b)

© **Neola 2010**



**FLORIDA DEPARTMENT OF**
# EDUCATION
fldoe.org

**State Board of Education**

Marva Johnson, *Chair*
Andy Tuck, *Vice Chair*
*Members*
Ben Gibson
Tom Grady
Michael Olenick
Joe York

**Richard Corcoran**
**Commissioner of Education**

March 5, 2019

**CERTIFIED MAIL**

Camara Tunsill
1577 Jacks Drive Apt. A
Tallahassee, Florida 32301

**RE: Notice of Informal Conference**
**Case No: 189-0797**

Dear Ms. Tunsill:

On or about November 02, 2018, you were sent notification by certified mail that a case had been opened with the Florida Department of Education's Office of Professional Practices Services and if founded, these allegations could result in sanctions against your Florida educator certificate.

This office has concluded its preliminary investigation and is prepared to provide you an opportunity to review and respond. You are not required to respond; however, in accordance with Sections 120.60(6) and 1012.796, Florida Statutes, you have opportunity to submit documents or statements which refute, explain or mitigate the allegations.

In order to facilitate this opportunity, I have scheduled an informal telephone conference for you on **March 19, 2019** at **9:00 am**. At this time you should call me at 850.245.0438. If you want to appear in-person to respond, please inform me in advance.

Sincerely,

Andrea Bailey
Investigator

**Jacob Oliva**
**Chancellor of Public Schools**

**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

CAMARA TUNSILL
1577 JACKS DRIVE APT. A
TALLAHASSEE, FL 32301

9590 9402 4318 8190 1560 73

2. Article Number (Transfer from service label)
7017 2680 0000 3199 2049

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                   ☐ Agent
                                    ☐ Addressee
B. Received by (Printed Name)       C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt



**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $
☐ Return Receipt (electronic)       $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required          $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Post
$
Sent To
CAMARA TUNSILL
1577 JACKS DRIVE APT. A
TALLAHASSEE, FL 32301
Street and
City, State, ZIP+4

Postmark
Here

PS Form 3800, April 2015 PSN 7530-02-000-9047          See Reverse for Instructions

**FLORIDA DEPARTMENT OF EDUCATION**
fldoe.org

Florida Department of Education
325 West Gaines St., Room #224
Tallahassee, Florida 32399-0400

**Bailey, Andrea**

| | |
|---|---|
| **From:** | Sanders, Antre <sandersa@leonschools.net> |
| **Sent:** | Friday, March 29, 2019 3:49 PM |
| **To:** | Bailey, Andrea |
| **Subject:** | Re: Confidential Investigation - Camara Tunsill - 189-0797 |

How long have you been in your current position? 15 years.
When and how did you hear about the allegation? On September 28, 2018, Ms. Tunsill informed me that she had been placed on administrative leave because the incident with Logan wasn't reported in a timely manner.
What did you do in response? Outcome? N/A
Any previous incidents? Any incidents since? There have been several incidents prior to and after the incident with Logan where students have stated that they wanted to kill themselves. Each time the guidance counselor was notified by Ms. Tunsill and administration and parents were notified by the guidance counselor.
Timeline of events leading up to and following the incident (who, what, where, when, why, how)
At 8:45 on September 25, 2018, Logan refused to give Mrs. Martin, a paraprofessional in our classroom, a water bottle that he kept throwing. He kept moving it around as she reached repeatedly to obtain the bottle. He was sent to a desk timeout but continued to be noncompliant. He also had several property destructions. He was then sent to the timeout in the hallway. While in the hall, he cursed out everyone who walked in. He also made a threat to kill himself and record it to get me fired.
Did you report the statements made by Logan to anyone? Who? Yes. Ms. Tunsill.
Any other details you feel are relevant to the allegations.
Ms. Tunsill called the guidance counselor immediately after I told her but there was no response. She tried contacting the mom over the phone after school as well.

 ReplyForward

---

**From:** Bailey, Andrea <Andrea.Bailey@fldoe.org>
**Sent:** Wednesday, March 6, 2019 2:16 PM
**To:** Sanders, Antre
**Subject:** RE: Confidential Investigation - Camara Tunsill - 189-0797

**EXTERNAL** - This email originates outside of Leon County Schools

It would be easier if you called me at your earliest convenience. We can discuss what is needed via telephone. My office number is 850-245-0438.

Thank you,
Andrea

**From:** Sanders, Antre [mailto:sandersa@leonschools.net]
**Sent:** Wednesday, March 6, 2019 2:11 PM

**To:** Bailey, Andrea <Andrea.Bailey@fldoe.org>
**Subject:** Re: Confidential Investigation - Camara Tunsill - 189-0797

Good afternoon,

I'm not sure what you are asking in regard to the questions about the allegation. Do you want to know when I heard about the official allegation against Ms. Tunsill? And what do you mean by how did I respond to the allegation?

Mr. Sanders

---

**From:** Bailey, Andrea <Andrea.Bailey@fldoe.org>
**Sent:** Friday, November 30, 2018 3:23 PM
**To:** Sanders, Antre
**Subject:** Confidential Investigation - Camara Tunsill - 189-0797

[EXTERNAL – This email originates outside of Leon County Schools]
Good afternoon Mr. Sanders,

Our office is currently reviewing a complaint regarding Ms. Tunsill. I would like to get a detailed statement from you with regard to Ms. Tunsill and the incident involving student Logan Scott which was alleged to have taken place on or about September 25, 2018 (allegation Ms. Tunsill failed to promptly report a suicide threat made by a student).

In addition to providing a detailed statement regarding the incident, please be sure to include the following information in your statement:

How long have you been in your current position?
When and how did you hear about the allegation?
What did you do in response? Outcome?
Any previous incidents? Any incidents since?
Timeline of events leading up to and following the incident (who, what, where, when, why, how)
Did you report the statements made by Logan to anyone? Who?
Any other details you feel are relevant to the allegations

I have attached a blank statement for your completion. I appreciate your assistance in advance.

Please let me know if you have any questions or concerns.

Sincerely,
Andrea


Andrea Bailey
Investigator
Office of Professional Practices Services
Division of Public Schools
Florida Department of Education
325 West Gaines Street, Suite 224
Tallahassee, FL 32399
(850) 245-0438 Office

2

**ADULT STATEMENT**

| | |
|---|---|
| Antre' Sanders | Behavior Specialist |
| NAME | POSITION/TITLE |

| | | | |
|---|---|---|---|
| 927 Miccosukee Rd | Tallahassee | FL | 32308 |
| ADDRESS: STREET | CITY | STATE | ZIP CODE |

| | | |
|---|---|---|
| 8504871216 | sandersa@leonschools.net | 04/02/2019 |
| (AREA) TELEPHONE | EMAIL ADDRESS | DATE |

Having been advised that I need not make this statement, declare that the following statement is given freely and voluntarily, without promise of benefit or privilege, and without threat or the use of force or duress, and I do hereby state the following:

How long have you been in your current position? 15 years.

When and how did you hear about the allegation? On September 26, 2018, Ms. Tunsill informed me that there had been an incident with Logan. On September 28, 2018, Ms. Tunsill informed me that she had been placed on leave because of the incident with Logan.

What did you do in response? Outcome? N/A

Any previous incidents? Any incidents since? There have been several incidents prior to and after the incident with Logan where students have stated that they wanted to kill themselves. Each time the guidance counselor was notified by Ms. Tunsill and administration and parents were notified by the guidance counselor.

Timeline of events leading up to and following the incident (who, what, where, when, why, how)
At 8:45am on September 26, 2018, Logan refused to give a paraprofessional in our classroom a water bottle that he kept throwing. He kept moving it around as she reached repeatedly to obtain the bottle. He was sent to a desk timeout but continued to be noncompliant. He also had several property destructions. He was then sent to the timeout in the hallway. While in the hall, he cursed out everyone who walked in. He also made a threat to kill himself and record it to get me fired. Afterwards, I informed Ms. Tunsill. Logan stayed in the hall for the remainder of the day.

Did you report the statements made by Logan to anyone? Who? Yes. Ms. Tunsill.

Any other details you feel are relevant to the allegations.
Ms. Tunsill called the guidance counselor immediately after I told her but there was no response. She tried contacting the mom over the phone after school as well.

I have read each page of this statement consisting of ____ page(s), each page of which bears my signature, any corrections bear my initials, and I certify that the facts contained herein are true and correct to the best of my knowledge.

| | |
|---|---|
| *Antre' Sanders* | *Andrea Bailey* |
| SIGNATURE | WITNESS,  Andrea Bailey |

Page Number    1

# Exhibit E



| | |
|---|---|
| Book | Procedures Manual |
| Section | 5000 Students |
| Title | SUICIDE INTERVENTION PROCEDURES |
| Code | ap5350 |
| Status | Active |
| Adopted | June 3, 2013 |

## 5350 - SUICIDE INTERVENTION PROCEDURES

### PREVENTION AND PREPAREDNESS

The highest priority of the School Board and its employees is student safety. When any student is deemed to be at risk for suicide, the first priority of Board employees is minimizing or eliminating the risk by engaging appropriate members of the student's family as well as trained mental-health, medical, and/or law enforcement professionals, as the case requires. The following recommendations are designed to assist school administrators and qualified school personnel in responding to suicide threats and attempts by students.

On an annual basis, school administrators review these steps and the school crisis plan with school personnel. The school crisis plan includes the names of those individuals within the school designated to receive reports of students suspected of contemplating suicide ("designated school personnel") as well as those individuals qualified to conduct suicide risk interviews (i.e., "qualified school personnel" as defined below).

On an annual basis, suicide risk interview training is offered by District Student Services personnel with specialized training in school crisis prevention and intervention to certified school counselors, school psychologists, and school social workers and others selected by District and school administrators.

### RESPONSE: GENERAL CONSIDERATIONS AND REQUIREMENTS

Parents/Guardians (herein "parents"), students, and school personnel have shared responsibility for being aware of suicide warning signs and bringing information regarding a student that may be contemplating suicide to the attention of school administrators and/or designated school personnel.

Those bringing information regarding a student that may be contemplating suicide to the attention of school administrators and/or designated school personnel may not receive feedback regarding actions taken based on such reports.

Occasional "good faith" reports that a student may be contemplating suicide that prove erroneous are anticipated. However, individuals making intentional false reports shall be referred for disciplinary action.

If at any point there is a suspicion that the student's distress is the result of abuse or neglect, the Florida Department of Children and Families abuse hotline shall be contacted by telephone (1-800-96-ABUSE)to request an immediate response (see also Policy 8462 - Student Abuse and Neglect). If Department of Children and Families abuse hotline staff members do not respond by the end of the school day, law enforcement shall be contacted. Under no circumstances is the student released to the suspected abuser. If at any point the at-risk student's parent fails to respond when notified that action needs to be taken because his/her child is contemplating suicide, the Florida Department of Children and Families abuse hotline shall be contacted by telephone (1-800-96-ABUSE).

Suicide risk interviews shall be conducted solely by qualified school personnel. Qualified school personnel include certified school counselors, school psychologists, and school social workers and other school personnel selected by District and school administrators who have successfully completed the District-provided suicide risk interview training. Whenever possible, qualified

school personnel conducting the suicide risk interview are familiar with and to the student. Suicide risk interviews shall not be conducted by personnel from outside agencies or private organizations.

If at any point there is suspicion that the student presents an imminent danger to others, the District Security Center (850-922-5437) shall be contacted to initiate threat assessment procedures.

Actions taken shall be documented and maintained in the student health record. (Form 5350 F1 – Suicide Intervention Documentation Form)

RESPONSE: ATTEMPTED SUICIDE OR IMMINENT RISK OF SUICIDE ON SCHOOL CAMPUS

A. Determine the location of the student. Deploy and maintain constant adult supervision for the student until law enforcement personnel arrive.

B. Call 911 to request law enforcement and ambulance response.

C. Alert and deploy appropriate staff members as outlined in the school crisis plan.

D. Contact the student's parent(s) to request his/her/their immediate presence at the school.

E. If safely possible, secure lethal means. If not safely possible, evaluate and secure the area as soon as conditions permit.

F. If safely possible, accompany the student to a location away from other students and providing access to other adults. If not safely possible, evacuate and secure the area as soon as conditions permit.

G. Provide any notes, drugs, paraphernalia, substances ingested, or weapons to law enforcement personnel.

H. If the suicide is not prevented, evacuate and secure the area and follow the school crisis plan.

I. Complete follow-up actions as appropriate.

RESPONSE: SUICIDE RISK INTERVIEW

A. The individual with information suggesting that a student may be contemplating suicide brings that information to the attention of the school administrator and/or designated school personnel and provides and/or arranges constant adult supervision of the student.

B. Qualified school personnel meet with the at-risk student as soon as possible to conduct a suicide risk interview.

C. The individual conducting the suicide risk interview contacts the school administrator to provide a summary of the results of the suicide risk interview and determine who will contact the parent.

D. The parent is contacted to provide a summary of the reasons for and results of the suicide risk interview and provide contact information should the parent have questions or concerns.

E. The individual conducting the suicide risk assessment and school administrator document actions taken and place this documentation in the student health record.

F. If it is determined that there is a risk of suicide and the parent cannot be contacted or is contacted and fails to respond, the school administrator and school resource officer determine the appropriate course of action. The Florida Mental Health Act, also referred to as the Baker Act (F.S. Chapter 394, Part 1), allows for involuntary psychiatric examination when there is evidence that a student appears to have a mental illness, presents a danger to himself/herself or others, and refuses voluntary examination or is unable to understand the need for the examination.

RESPONSE: ACTIONS DURING STUDENT'S ABSENCE FROM SCHOOL

A. Notify school and District personnel as appropriate.

B. Remain alert to additional information concerning the student and the possibility of "contagion" to other students.

C. Contact the student's parent to convey interest and concern, obtain information concerning the actions taken and treatment plan, and obtain information concerning the anticipated length of the student's absence from school.

D. Convene a conference with appropriate school personnel to:

1. Complete the "duty to warn" letter to document previous communications or attempted communications with the parent and determine how this letter will be delivered to the parent. (Form 5350 F2 – Duty to Warn Letter Form)

2. Discuss an academic support plan for a defined period of time for the student to make up class work. (If the student's return to school is delayed beyond the defined period of time, consider hospital/homebound services.)

3. Schedule a re-entry conference.

4. For students with identified disabilities, develop a preliminary plan for Individual Education Plan or 504 Accommodation Plan review.

5. Initiate District referrals for behavioral services, formal evaluation, and/or case management services as appropriate.

## RECOVERY: CONFERENCE TO PLAN FOR STUDENT'S RETURN TO SCHOOL

A. Prior to the student's return to school, convene a re-entry conference with the parent and, if appropriate, the student. During this conference:

1. If provided, review the letter, treatment plan, or discharge summary from the treating credentialed mental health practitioner. If this documentation is not provided, document that it was requested but not received.

2. If not previously obtained, obtain parent consent for release of information for each provider to facilitate communication and collaborative planning. (Form)

3. Develop a plan of action for the student's return to school. As part of this plan:

    a. Identify the school contact primarily responsible for monitoring the plan of action and maintaining communication with the parent.

    b. Identify school personnel responsible for student monitoring and support.

    c. Adjust the student's schedule if needed.

    d. For students with identified disabilities, conduct an Individual Education Plan or 504 Accommodation Plan review.

    e. Obtain parent consent for District referrals for behavioral services, formal evaluation, and/or case management services as appropriate.

    f. Identify the information to be shared with the student's teachers and other school personnel.

    g. Distribute the plan of action as appropriate.

    h. Schedule a follow-up meeting.

## RECOVERY: SUICIDE POSTVENTION

Suicide postvention is the provision of crisis intervention, support, and assistance for those affected within the first few days following a completed suicide. The goals of suicide postvention activities are to prevent further suicides, help students and school personnel cope with the trauma and grief, and assist the school in returning to its normal routine. When making decisions concerning suicide postvention actions:

A. Reports of suicide are verified with the District Security Center (850-922-5437).

B. Assess the situation and plan the size of the suicide postvention team accordingly.

C. Should a suicide postvention demand more than school personnel can provide, experienced school or District personnel are called upon to supplement the school crisis plan. Additional assistance is requested by contacting the appropriate divisional director and/or the District Student Services Office (850-488-2275). Suicide postvention actions are not taken by personnel from outside agencies or private organizations.

D. The Employee Assistance Program (850-431-5190) may be contacted to request assistance for affected employees.

E. Notify school personnel using planned emergency notification procedures.

F. Implement the school crisis plan to deploy school/District personnel and complete necessary actions:

G. Enter the appropriate withdrawal code (W12) for the deceased student in the student information system.

H. Respond to media inquiries.

I. Respond to parent/community inquiries.

J. Arrange for counseling rooms and assign suicide postvention team members to those rooms.

K. Release students from classrooms for additional support.

L. Contact close friends of the victim and at-risk students, including those that are not in attendance at school.

M. Maintain lists of students seen for assistance and students for follow-up and possible referral for additional assistance.

N. Release students too distressed to remain at school to their parents.

O. Provide support for teachers during classroom notifications and coverage for teachers too distressed to remain with their students.

P. Draft additional notifications.

Q. Respond to requests for commemorative activities and memorials.

R. Arrange for visits to and/or support for the family of the deceased.

S. Excuse students and school personnel to attend memorial services.

Implement plan to notify students.

A. Whenever possible, students are notified in their classrooms by their teachers or other familiar school personnel.

B. Teachers may be provided a written statement to read to their students.

C. Whenever possible, schoolwide announcements are avoided.

D. Large assemblies are not convened.

Implement plan to notify parents.

Parents may be provided a brief letter or other communication that alerts them to be sensitive to their children's reactions, encourages them to contact the school with any concerns, and provides information regarding community resources.

© Leon 2013

# Exhibit F



**BOARD CHAIR**
Rosanne Wood

**BOARD VICE CHAIR**
DeeDee Rasmussen

**LEON COUNTY SCHOOLS**

**BOARD MEMBERS**
Georgia "Joy" Bowen
Darryl Jones
Alva Swafford Striplin

**SUPERINTENDENT**
Rocky Hanna

April 29, 2019

Camara Tunsill
Kate Sullivan Elementary School
927 Miccosukee Road
Tallahassee, FL 32308

Dear Ms. Tunsill:

Your Annual Contract with the Leon County School District expires on June 4, 2019.  I am recommending to Superintendent Hanna that he nominate you for an Annual Contract for the 2019-2020 school year.  Please note that although I am recommending you for reappointment, this recommendation may be withdrawn due to the District's uncertain budgetary status. The School Board is scheduled to act on reappointment recommendations by the end of June, 2019.

If you wish to accept this offer of nomination for an Annual Contract for the 2019-2020 school year, you must sign below and return this letter to me by **April 30, 2019.  If you do not sign and return this letter by this date, I will assume that you have decided not to return and the recommendation will be withdrawn.**

On behalf of the District, thank you for your service and contributions during the past school year.  I look forward to your response to this offer.

Sincerely,

*Michael W. Bryan*

Michael W. Bryan
Principal

cc: Human Resources

I hereby acknowledge receipt of this letter by my signature below and accept the offer to recommend my nomination to the Superintendent for consideration for an Annual Contract for the 2019-2020 school year.

_____                    _4/30/19_____
Teacher Signature                                                     Date Received

2757 West Pensacola Street • Tallahassee, Florida 32304-2998 • Phone (850) 487-7110 • Fax (850) 414-5194 •
www.leonschools.net

*"The Leon County School District does not discriminate against any person on the basis of sex (including transgender status, gender nonconforming, and gender identity), marital status, sexual orientation, race, religion, ethnicity, national origin, age, color, pregnancy, disability, or genetic information."*

**Building the Future Together**

Exhibit G



**BOARD CHAIR**
Rosanne Wood

**BOARD VICE CHAIR**
DeeDee Rasmussen

**BOARD MEMBERS**
Georgia "Joy" Bowen
Darryl Jones
Alva Swafford Striplin

**SUPERINTENDENT**
Rocky Hanna

April 29, 2019    — Hand-delivered on May 17, 2019

Camara Tunsill
Kate Sullivan Elementary School
927 Miccosukee Road
Tallahassee, FL  32308

Dear Ms. Tunsill:

Your current Annual Contract with the Leon County School District expires on June 4, 2019. After careful consideration, I am recommending to Superintendent Hanna that you not be reappointed for the 2019-2020 school year.

Please be advised that you should receive a COBRA notification regarding the termination date of your insurance coverage.  If you do not receive a notice by September 7, 2019, please contact the Benefits Office at 487-7150.

On behalf of the District, thank you for your service and contributions during the past school year and best wishes in your future professional endeavors.

Sincerely,

Michael W. Bryan
Principal

cc:    Human Resources
       Benefits

2757 West Pensacola Street • Tallahassee, Florida 32304-2998 • Phone (850) 487-7110 • Fax (850) 414-5194 •
www.leonschools.net
*"The Leon County School District does not discriminate against any person on the basis of sex (including transgender status, gender nonconforming, and gender identity), marital status, sexual orientation, race, religion, ethnicity, national origin, age, color, pregnancy, disability, or genetic information."*

## Building the Future Together

# Exhibit H



LEON COUNTY SCHOOLS
BUILDING THE FUTURE TOGETHER

**Human Resources**

# MEMORANDUM

Date:       August 8, 2019

To:         Office of School Safety and Security

From:       Vickie Campbell
            Human Resources Analyst

Subject:    Request for LCS Substitute Teacher Identification Badge

We are requesting your assistance with issuing a LCS Substitute Teacher Identification Badge to Ms. Camara Tunsill. She has been approved to become a Substitute Teacher, effective August 8, 2019. She has been set up as an Employee in Skyward.

If you have any questions, please contact me at 487-7111. Thanks so much for your time and cooperation.

P:\PRSNNL\WORK\Vickie\Substitute Teachers\2012-2013 Substitute Teachers Folder\LCS ID Badge Approval11.rtf

**BOARD CHAIR**
Rosanne Wood

**BOARD VICE CHAIR**
DeeDee Rasmussen

**BOARD MEMBERS**
Georgia "Joy" Bowen
Darryl Jones
Alva Swafford Striplin



**LEON COUNTY SCHOOLS**

SUPERINTENDENT
Rocky Hanna

August 8, 2019

<u>M E M O R A N D U M</u>

**TO:**      **Camara Tunsill**

**FROM:**    Mary P. Nicholson
           Director, Human Resources

**SUBJECT:**  **2019-2020 Substitute Appointment**

Congratulations on being appointed as a substitute teacher.  Your Leon County Schools Substitute Teacher Certificate has a validity period of five (5) years. Please note that while your certificate is valid for 5 years, substitute teachers must be reappointed each school year as a condition of employment.  Instructions for the next annual reappointment process will be disseminated in May, 2020.  Once you receive your communiqué, please be sure to adhere to any requested information by the designated deadline.

Please contact Ms. Vickie Campbell at campbellv2@leonschools.net or at (850) 487-7111, if you need to update your demographic information, have changes in your employment status and/or availability to substitute teach.

Enclosure

2757 West Pensacola Street • Tallahassee, Florida 32304-2998 • Phone (850) 487-7110 • Fax (850) 414-5194 •
www.leonschools.net
*"The Leon County School District does not discriminate against any person on the basis of sex (including transgender status, gender nonconforming, and gender identity), marital status, sexual orientation, race, religion, ethnicity, national origin, age, color, pregnancy, disability, or genetic information."*

**Building the Future Together**



Leon District Schools

Educator's Certificate

This certifies that

**Camara Tunsill**

Having satisfactorily completed all requirements of law and Leon School District Rules, thereby demonstrating satisfactory evidence of Professional Competence in the coverages listed below, is hereby issued this Educator's Certificate and is entitled to all Rights and Privileges as pertaining thereto.

Certificate Type   **SUBSTITUTE TEACHER-**
Validity Period:   July 1, 2019 through June 30, 2024
Eligibility Date:   August 7, 2019

Subject Coverage's
Level Code    Area Code    Area
6            077          Substitute

All Grades
Certificate Number
36973

Mary Nicholson
Director, Human Resources

Rocky Hanna
Superintendent

# Exhibit I



**FLORIDA DEPARTMENT OF**
**EDUCATION**
fldoe.org

**State Board of Education**

Andy Tuck, *Chair*
Marva Johnson, *Vice Chair*
*Members*
Ben Gibson
Tom Grady
Michael Olenick
Joe York

**Richard Corcoran**
**Commissioner of Education**

August 14, 2019

**CERTIFIED MAIL**

Ms. Camara Tunsill
1577 Jacks Drive Apt. A
Tallahassee, Florida 32301

**RE: Finding of Probable Cause**
   Case No.: 189-0797
   DOE No.: 1291027

Dear Ms. Tunsill:

Pursuant to the provisions of Sections 1012.795 and 1012.796, Florida Statutes, I find probable cause exists to justify sanctions against your Florida educator certificate. Penalties levied against you may include reprimand, fine, probation, restriction of the scope of practice, suspension not to exceed five years, revocation not to exceed ten years or the permanent revocation of your Educator Certificate.

An Administrative Complaint and Election of Rights (appeal) form are enclosed. Please complete and sign the enclosed Election of Rights form and return the fully executed form to the Office of Professional Practices Services, 325 West Gaines Street, 224E, Tallahassee, FL 32399-0400. Should you have any questions regarding this matter, contact the Office of Professional Practices Services at (850) 245-0438.

Please govern yourself accordingly.

Sincerely,

Richard Corcoran

ENCLOSURES

**STATE OF FLORIDA**
**EDUCATION PRACTICES COMMISSION**

**RICHARD CORCORAN, as**
**Commissioner of Education,**

                    **Petitioner,**

vs.                                                      **CASE NO. 189-0797**

**CAMARA BAIYINA NJERI TUNSILL,**

                    **Respondent.**
_____/

## ADMINISTRATIVE COMPLAINT

Petitioner, Richard Corcoran, as Commissioner of Education, files this Administrative Complaint against CAMARA BAIYINA NJERI TUNSILL. The Petitioner seeks the appropriate disciplinary sanction of the Respondent's educator's certificate pursuant to sections 1012.315, 1012.795, and 1012.796, Florida Statutes, and pursuant to Rule 6A-10.081, Florida Administrative Code, Principles of Professional Conduct for the Education Profession in Florida, said sanctions specifically set forth in sections 1012.795(1) and 1012.796(7), Florida Statutes.

The Petitioner alleges:

## JURISDICTION

1.      The Respondent holds Florida Educator's Certificate 1291027, covering the areas of Elementary Education, English and Exceptional Student Education (ESE), which was valid through June 30, 2019.

2.      At all times pertinent hereto, the Respondent was employed as an ESE Teacher at Kate Sullivan Elementary School in the Leon County School District.

## MATERIAL ALLEGATIONS

3.      On or about September 25, 2018, Respondent failed to protect the safety and welfare of a student when she failed to immediately notify a relevant party that L.S., a fifth grade male Exceptional Student Education (ESE) student, made comments that he wanted to kill himself. Respondent allowed L.S. to leave the protection of the school grounds without ensuring that L.S. would be safe and protected. After a minimal effort to contact the school guidance counselor and/or the student's parent, Respondent ceased efforts to protect L.S. until the following day. Subsequent to returning home, L.S. threatened to kill himself by stabbing and as a result was Baker Acted.

CAMARA BAIYINA NJERI TUNSILL
Administrative Complaint
Page 2 of 2

The Petitioner charges:

## STATUTE VIOLATIONS

**COUNT 1:**   The Respondent is in violation of section 1012.795(1)(j), Florida Statutes, in that Respondent has violated the Principles of Professional Conduct for the Education Profession prescribed by State Board of Education rules.

## RULE VIOLATIONS

**COUNT 2:**   The allegations of misconduct set forth herein are in violation of Rule 6A-10.081(2)(a)1, Florida Administrative Code, in that Respondent has failed to make reasonable effort to protect the student from conditions harmful to learning and/or to the student's mental health and/or physical health and/or safety.

**WHEREFORE,** based on the reasons set forth herein and in accordance with the Explanation of Rights and Election of Rights forms attached to and made a part of this Administrative Complaint, Petitioner respectfully recommends that the Education Practices Commission impose an appropriate sanction against the Respondent's educator's certificate pursuant to the authority provided in sections 1012.795(1) and 1012.796(7), Florida Statutes. The sanctions imposed by the Education Practices Commission may include, but are not limited to, any one or a combination of the following: issuing the Respondent a written reprimand; placing the Respondent on probation for any period of time; restricting the Respondent's authorized scope of practice; assessing the Respondent an administrative fine; directing the Respondent to enroll in the Recovery Network Program; suspending the Respondent's educator's certificate for a period of time not to exceed five years; revoking the Respondent's educator's certificate for a period of time up to 10 years or permanently; determining the Respondent to be ineligible for certification; or barring the Respondent from reapplying for an educator's certificate for a period of time up to 10 years or permanently.

**EXECUTED** on this 14th day of August , 2019.

**RICHARD CORCORAN,** as
Commissioner of Education
State of Florida

**ELECTION OF RIGHTS**

Richard Corcoran, Commissioner of Education,
    **Petitioner,**

vs.                                     **File No.:** 189-0797

CAMARA BAIYINA NJERI TUNSILL
    **Respondent.** _____/

## Mark your election by checking option 1, 2, 3 or 4. (Select one option)

1. [ ] **FORMAL HEARING OPTION** I dispute the allegations of the Administrative Complaint and I request a Formal Hearing before a Hearing Officer of the Division of Administrative Hearings. The facts I dispute are:

   _____
   _____
   _____
   _____

   Attach additional sheet(s) if needed.

2. [ ] **SETTLEMENT OPTION** I neither admit nor deny the allegations and request a forty-five (45) day period to negotiate a settlement agreement. If an agreement is not reached I request: (Select One)

           [ ] **Informal Hearing** - I do not dispute the allegation
                  Or
           [ ] **Formal Hearing** - The facts I dispute are:

   _____
   _____
   _____

   \*If neither Informal nor Formal is checked, the action will be scheduled for an Informal Hearing.

3. [ ] **INFORMAL HEARING OPTION** I do not dispute the allegations of the Administrative Complaint and request an Informal Hearing before the Education Practices Commission.

4. [ ] **SURRENDER OPTION** I voluntarily surrender my certificate(s) for permanent revocation.

I have read the Explanation of Rights and understand my options.

**(EXECUTION BEFORE A NOTARY PUBLIC NOT REQUIRED IF CHOOSING OPTION 1)**

_____
Signature of Respondent

_____
Street Address

_____
City

_____
Telephone No.

_____
EMail Address   [ ] Check if ok to correspond via email

Personally Known __ or Produced Identification  Type of _____

Print, Type or Stamp Commissioned Name of Notary Public _____

STATE OF FLORIDA
COUNTY OF _____
The foregoing instrument was acknowledged before me this _____ day of _____ , 20_____ ,

by _____
       (Print Respondent's Name)

_____
Signature of Notary Public

## Your fully executed election of rights form must be returned within 21 days to:

**PROFESSIONAL PRACTICES SERVICES**
**325 WEST GAINES STREET, SUITE 224**
**TALLAHASSEE, FLORIDA 32399-0400**
**or**
**via email to EOR@fldoe.org**

**EXPLANATION OF ELECTION OF RIGHTS**

The enclosed Administrative Complaint outlines charges brought against you by the Florida Commissioner of Education. To respond to the charges you must indicate your choice of response on the enclosed Election of Rights form and **return it within 21 days of the date of receipt.** If you fail to return this fully executed form within 21 days of receipt, you waive your right to request a hearing and the complaint will be filed with the Education Practices Commission for final action.

1. **Formal Hearing** before the Division of Administrative Hearings. The Administrative Procedures Act, Section 120.57(1), Florida Statutes, and Section 1012.796, Florida Statutes, govern the formal hearing process. This choice means you deny some or all of the factual allegations in the Administrative Complaint. There will be a full administrative hearing on the issues. The Commissioner will be represented by an attorney and will bring forth witnesses. You may choose to have an attorney or represent yourself in the proceedings. (See www.doah.state.fl.us for more information.)

2. **Settlement Agreement** with the Department of Education. This choice means you neither admit nor deny the allegations in the Administrative Complaint, but wish to negotiate a settlement. In a settlement agreement, you will accept certain conditions in order to resolve the case. If you do not reach a settlement, you have the choice to reschedule the case to a formal or informal hearing by indicating that selection on the attached form. (If you fail to indicate your back-up selection, your case will automatically be scheduled for an informal hearing.)

3. **Informal Hearing** before the Education Practices Commission. The Florida Administrative Procedures Act, Section 120.57(2), Florida Statutes, governs the informal hearing process. This option means you choose not to dispute the factual allegations or charges of the Administrative Complaint. You have the right to appear before a panel of the Education Practices Commission to state why a lenient penalty or no penalty is appropriate. If you do not want to make a personal appearance, you or your representative, may submit written statements on your behalf. Any written statement must be submitted to the Education Practices Commission staff no later than 30 days before the scheduled informal hearing.

4. **Voluntary Surrender** of your Florida Educator's Certificate. This choice means you do not contest any of the allegations or charges in the Administrative Complaint and voluntarily surrender your certificate for **permanent revocation.** Once surrendered, the certificate will never be reinstated and the rules of the Department of Education do not permit you to apply for a new certificate. Your right to any Florida Educator's Certificate is forever revoked and relinquished.

**Regardless of which selection you make, the Education Practices Commission (Sections 1012.79 and 1012.795, Florida Statutes) will issue a Final Order to finalize the process. For more information on this process, please visit www.myfloridateacher.com**

# Exhibit J

BOARD CHAIR
Rosanne Wood

BOARD VICE CHAIR
DeeDee Rasmussen


**LEON COUNTY SCHOOLS**

BOARD MEMBERS
Georgia "Joy" Bowen
Darryl Jones
Alva Swafford Striplin

SUPERINTENDENT
Rocky Hanna

August 30, 2019

Ms. Camara Tunsill
1577 Jacks Drive, Apt. A
Tallahassee, FL 32301

Dear Ms. Tunsill,

We are in receipt of the Finding of Probable Cause from the Office of Professional Practices at the Florida Department of Education dated August 14, 2019 related to Case No. 189-0797.

After careful review and consideration, your Substitute Appointment is hereby rescinded effective immediately to allow for the appeal process and until such time we are in receipt of a final order related to sanctions against your Florida educator certificate.

If you have any questions you may contact me at 850-487-7197. Please return your identification badge credentials to Vicki Campbell in Human Resources at your earliest convenience.

Best regards,

Mary P. Nicholson,
Director of Human Resources

:mpn

c:  Personnel File

---

2757 West Pensacola Street • Tallahassee, Florida 32304-2998 • Phone (850) 487-7110 • Fax (850) 414-5194 •
www.leonschools.net

*"The Leon County School District does not discriminate against any person on the basis of sex (including transgender status, gender nonconforming, and gender identity), marital status, sexual orientation, race, religion, ethnicity, national origin, age, color, pregnancy, disability, or genetic information."*

## Building the Future Together

# Exhibit K

ELECTION OF RIGHTS

Richard Corcoran, Commissioner of Education,
    **Petitioner,**

vs.
                                        File No.: 189-0797

CAMARA BAIYINA NJERI TUNSILL
    **Respondent.**
_____/

## Mark your election by checking option 1, 2, 3 or 4. (Select one option)

1. [✓] **FORMAL HEARING OPTION** I dispute the allegations of the Administrative Complaint and I request a Formal Hearing before a Hearing Officer of the Division of Administrative Hearings. The facts I dispute are:

   _See attached._
   _____
   _____
   _____

   Attach additional sheet(s) if needed.

2. [ ] **SETTLEMENT OPTION** I neither admit nor deny the allegations and request a forty-five (45) day period to negotiate a settlement agreement. If an agreement is not reached I request: (Select One)
       [ ] **Informal Hearing** - I do not dispute the allegation
         Or
       [ ] **Formal Hearing** - The facts I dispute are:
   _____
   _____
   _____

   *If neither Informal nor Formal is checked, the action will be scheduled for an Informal Hearing.

3. [ ] **INFORMAL HEARING OPTION** I do not dispute the allegations of the Administrative Complaint and request an Informal Hearing before the Education Practices Commission.

4. [ ] **SURRENDER OPTION** I voluntarily surrender my certificate(s) for permanent revocation.

I have read the Explanation of Rights and understand my options.

**(EXECUTION BEFORE A NOTARY PUBLIC NOT REQUIRED IF CHOOSING OPTION 1)**

_Camara Tunsill_
Signature of Respondent

_1577 Jacki Drive Apt. A_
Street Address

_Tallahassee, FL_
City

_850-559-0213_
Telephone No.

_camara.tunsill@yahoo.com_
EMail Address [✓] Check if ok to correspond via email

STATE OF FLORIDA
COUNTY OF _____
The foregoing instrument was acknowledged before me this
_____ day of _____, 20_____,

by _____
          (Print Respondent's Name)

_____
Signature of Notary Public

Personally Known ___ or Produced Identification  Type of _____

Print, Type or Stamp Commissioned Name of Notary Public _____

## Your fully executed election of rights form must be returned within 21 days to:

**PROFESSIONAL PRACTICES SERVICES**
**325 WEST GAINES STREET, SUITE 224**
**TALLAHASSEE, FLORIDA 32399-0400**
or
**via email to EOR@fldoe.org**

## **OBJECTION TO COMPLAINT**

1. I hereby object to the complaint in its totality on the grounds that there is no prima facie evidence to support any allegations against me and it is based upon fraud. Also, I was never afforded full due process before being suspended and it is therefore a violation of my 5th and 14th Amendment right. I have suffered defamation of character, impairment of reputation, emotional distress, embarrassment, personal humiliation, mental anguish, pain and suffering, and loss of income. I object to any further administrative proceedings and this objection will serve as a formal notice of a Federal Lawsuit that will be filed in the Northern District against the appropriate parties who violated my rights under the color of state law.

2. I request that a court reporter be present at this hearing at Leon County Schools' expense and I request the presence of three personal witnesses of my choice for my protection. I also invoke the 5th Amendment to the fullest extent possible.

STATE OF FLORIDA   §
LEON COUNTY        §

## AFFIDAVIT OF CAMARA TUNSILL

Before me, the undersigned notary, on this day personally appeared Camara Tunsill, the affiant. After I administered an oath, affiant testified as follows:

1. My name is Camara Tunsill. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. On September 28, 2018, I was hand-delivered an official letter notifying me that I was on administrative leave with pay pending review of a recent incident. Prior to this letter, I was never afforded an opportunity to be heard and object to any allegations.

3. Furthermore, I was never afforded an opportunity to have a true probable cause hearing pursuant to the law.

4. The basic due process requires, but is not limited to: the provision of an opportunity to be heard, and that the date and time for this opportunity be provided to the concerned individual well ahead of time; that a full, detailed account of the reasons for the "proposed suspension" be furnished well in advance; and, the opportunity for the accused employee to defend him or herself and to question the evidence provided against him or her. These basic standards were not met. There was no "proposed suspension," but rather I was banned from the school premises without prior knowledge of the possibility of being suspended at all, nor was there any prima facie evidence to support their allegations at the time of the suspension. Because of this violation against my rights, I have suffered impairment of reputation, emotional distress, embarrassment, personal humiliation, mental anguish, pain and suffering, and loss of income.

5. I have younger sisters and cousins who are enrolled in the Leon County Public School System and, because of this attack on my constitutional rights, I was unable to pick my family members up from school, as I usually did, which had a negative impact on my family due to the fact that we are a low-income family. This was an assault on my 5th and 14th amendment right, as I was deprived of the liberty to be there for my family as well. I was criminalized even though I did not violate any law.

6. On July 30, 2019, I received lab results which indicated elevated liver enzymes. I was ordered by my doctor to get additional blood work done to ensure that it was a result of something I ingested rather than a more serious problem. My blood work was scheduled to be completed by September 3, 2019 and a follow-up appointment was scheduled for September 10, 2019. As a result of my deprivation of rights, I was not able to report to either appointment due to my loss of income and the termination of my insurance coverage.

_Camara Tunsill_
Affiant - Camara Tunsill

SWORN TO and SUBSCRIBED before me by Camara Tunsill on Sep. 11 , 20 19 .

Driver's License: T524-102-91-783-0

Notary Public in and for
The State of Florida.

TRAVIS MCQUERRY
Notary Public, State of Florida
Commission# GG 249931
My comm. expires Aug. 16, 2022

**Tunsill Election of Rights 1**

 **Camara Tunsill** <camara.tunsill@yahoo.com>
To: EOR@fldoe.org

Sep 11 at 1:15 PM

See attached files.

**2 Files**    15.5MB

 **Executed Election of Rights.pdf**
16MB

 **Objection to Complaint.docx**
20kB

**Tunsill Election of Rights 2**

camara.tunsill@.../Sent

 **Camara Tunsill** <camara.tunsill@yahoo.com>
To: EOR@fldoe.org

Sep 11 at 1:16 PM

See attached file.

Camara Tunsill

**1 File**    15.1MB

📄 **Affidavit 1.pdf**
15MB

**Tunsill Election of Rights 3**

camara.tunsill@.../Sent

 **Camara Tunsill** <camara.tunsill@yahoo.com>
To: EOR@fldoe.org

Sep 11 at 1:17 PM

See attached file.

Camara Tunsill

**1 File**    14.6MB

**Affidavit 2.pdf**
15MB

# Exhibit L



**TMH
PHYSICIAN PARTNERS**
CARDIAC & INTERNAL
MEDICINE SPECIALISTS · NORTHEAST
Services by Southern Medical Group, P.A.

**Here is a summary of your visit:**

# Clinical Summary

## Patient Details for Tunsill, Camara

Camara
*Preferred Name*


*MRN*

August 03, 1991
*Born*

## Today's Appointment

BLAKE, CAMILLE D.O.
*Provider*

30 Jul 2019 09:00 AM
*Appointment*

## Treatment Plans

**Labs/Procedure/Imaging:**
- Hepatic Function Panel (7) *Not TMH Lab*; To Be Done: 30 Jul 2019
- TSH; To Be Done: 30 Jul 2019
- Thyroxine (Free T4); To Be Done: 30 Jul 2019

**Future Appointment:**

| Provider | Date/Time | Location |
|---|---|---|
| BLAKE, CAMILLE, D.O. | 10 Sep 2019 12:00 PM | TMHPP-CIM-NE |

## Results

Results not documented.

## End of Visit Medication List

**Current Medications:**

| Medication | Instructions |
|---|---|
| No Reported Medications | |

**\*\*Notice to patient\*\*** *Keep an updated medication list with you at all times in case of emergency situations. Update the information when medications are changed or discontinued. If you have been seen for a consult, give a copy of your medication list to your Primary Care Physician.*
*You can now manage your personal health information from a computer or mobile device. During your office visit, if you are over the age of 18, you should have been invited to sign up for the my Follow My Health Patient Portal. If you did not receive this information and wish to sign up, please contact your physician office. To learn more about the Follow My Health Patient Portal visit www.tmh.org/followmyhealth .*

*Patient: **Camara Tunsill**     DOB: **08/03/1991**     Encounter: 07/30/2019*

# Physician Partners CIM-NE

**1260 Metropolitan Blvd**
**Tallahassee, FL 32312**
**(850) 216-0100**

**Patient:** Tunsill, Camara
3534 Forest Oak Ln
Tallahassee, FL 32308

**Age/Sex/DOB:** 27 yrs  F  03-Aug-1991
**EMRN:** ▆▆▆▆
**OMRN:** ▆▆▆▆
**Home:** (850) 559-0213
**Work:** (850) 487-1216

## Results

| | |
|---|---|
| **Lab Accession #** 206216737302019 | **Collected:** 7/25/2019 11:55:00AM |
| **Ordering Provider:** BLAKE, CAMILLE | **Resulted:** 7/26/2019 2:26:00AM |
| **Performing Location:** LabCorp Tampa | **Verified By:** \<Unverified\> |
| MD: Sean Farrier, 5610 W LaSalle Street, | **Auto Verify:** N |
| Tampa, FL 336071770 | |

**CMP - Comp. Metabolic Panel**                              **Stage:**    **Final**

| Test | Result | Units | Flag | Reference Range |
|------|--------|-------|------|-----------------|
| Sodium, Serum | 142 | mmol/L | | 134-144 |
| Potassium, Serum | 4.1 | mmol/L | | 3.5-5.2 |
| Chloride, Serum | 107 | mmol/L | H | 96-106 |
| CO2 | 21 | mmol/L | | 20-29 |
| Glucose, Serum | 72 | mg/dL | | 65-99 |
| BUN | 11 | mg/dL | | 6-20 |
| Creatinine, Serum | 0.83 | mg/dL | | 0.57-1.00 |
| BUN/Creatinine Ratio | 13 | | | 9-23 |
| Calcium, Serum | 9.0 | mg/dL | | 8.7-10.2 |
| Total Protein | 6.8 | g/dL | | 6.0-8.5 |
| Albumin, Serum | 4.3 | g/dL | | 3.5-5.5 |
| eGFR If NonAfrican Am | 97 | mL/min/1.73 | | >59 |
| eGFR If Africn Am | 112 | mL/min/1.73 | | >59 |
| Globulin, Total | 2.5 | g/dL | | 1.5-4.5 |
| A/G Ratio | 1.7 | | | 1.2-2.2 |
| Bilirubin, Total | 0.5 | mg/dL | | 0.0-1.2 |
| Alkaline Phosphatase | 47 | IU/L | | 39-117 |
| AST (SGOT) | 96 | IU/L | H | 0-40 |
| ALT (SGPT) | 89 | IU/L | H | 0-32 |

**Originated From:**

**Tallahassee Memorial Healthcare, Inc**

|||||||||||||||||||||||||||

1260 Metropolitan Blvd
Tallahassee,FL 32312
(850) 216-0100
**Account #:** ▓▓▓▓▓▓▓

**Performing Facility:**

**_LabCorp COR**

**Lab Requisition #:  12428986**

**EREQ**

| | |
|---|---|
| **Patient:** Camara Tunsill<br>3534 Forest Oak Ln<br>Tallahassee, FL 32308 | **Patient ID:** ▓▓▓▓▓    **Sex:** F<br>**DOB:** 03-Aug-1991<br>**Insurance:** Capital Health Plan<br>Po Box 15349 |
| **Other #:**<br>**Other2 #:** | |
| **Home:** (850) 559-0213<br>**Work:** (850) 487-1216<br>**PCP:** CAMILLE BLAKE - [2213]<br>**OP :** CAMILLE BLAKE, D.O. - [2213] | Tallahassee, FL 32317<br>(850)383-3300<br>**Group Number:** ▓▓▓▓<br>**Policy Number:** ▓▓▓▓<br>**Name of Insured:** Tunsill, Camara  [Self] |
| **NPI:** ▓▓▓▓▓▓ | |
| **Appt. Location:**    TMHPP-CIM-NE | **Guarantor:** Camara Tunsill  -  [Self]<br>3534 Forest Oak Ln<br>Tallahassee, FL 32308<br>Tallahassee, FL 32308<br>(850) 559-0213 |
| | **Bill Type:** T |

---

**» -  [Hepatic Function Panel (7)] - [L322755]**                    Order #:    TW406001520

| **Date/Time Ordered** | **Approving Provider** | **CPT4 Code** | **Patient Instructions** |
|---|---|---|---|
| 9:52 am  30-Jul-2019 | CAMILLE BLAKE ▓▓▓▓ | 80076 | |

*Camille Blake*
Electronic Signature

| **To Be Done Date** | | | **Performing Location Comments** |
|---|---|---|---|
| 03 Sep 2019 | **Priority** | **Status** | |
| | Routine | Need Information | |
| **Encounter Date** | | | |
| 30-Jul-2019 | | | |

**Prompts**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Problems**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
Abnormal liver enzymes (790.5)(R74.8)

**» -  [TSH] - [L004259]**                    Order #:    TW406003000

| **Date/Time Ordered** | **Approving Provider** | **CPT4 Code** | **Patient Instructions** |
|---|---|---|---|
| 9:52 am  30-Jul-2019 | CAMILLE BLAKE ▓▓▓▓ | 84443 | |

*Camille Blake*
Electronic Signature

Order Requisition                    **--CONTINUED--**                    Page 1 of 2

**To Be Done Date**
03 Sep 2019

**Priority**
Routine

**Status**
Need Information

**Performing Location Comments**

**Encounter Date**
30-Jul-2019

**Prompts**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Problems**

Abnormal liver enzymes (790.5)(R74.8)

## » - [Thyroxine (T4) Free, Direct, S] - [L001974]

Order #:   TW406003010

**Date/Time Ordered**
9:52 am  30-Jul-2019

**Approving Provider**
CAMILLE BLAKE ▓▓▓▓▓▓▓

*Camille Blake*

Electronic Signature

**CPT4 Code**
84439

**Patient Instructions**

**To Be Done Date**
03 Sep 2019

**Priority**
Routine

**Status**
Need Information

**Performing Location Comments**

**Encounter Date**
30-Jul-2019

**Prompts**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Problems**

Abnormal liver enzymes (790.5)(R74.8)

**Order Requisition**

Exhibit M

# LEON COUNTY SCHOOL BOARD
## SECONDARY SCHOOL RECORD - TRANSCRIPT
RUN DATE: 02/25/09

### STUDENT INFORMATION

| LAST NAME | FIRST NAME | MIDDLE NAME | STUDENT NO. |
|---|---|---|---|
| TUNSILL | CAMARA | BAIYINA NJ | 965211343 |

SSN: 593354348    FLA. STU. NO.: 37-96521343

DATE OF: 08/03/91    SEX: F    RACE: B

☐ WITHDREW: DATE: _____

☐ WAS OR WILL GRADUATE: _____

PREVIOUS SECONDARY SCHOOL ATTENDED (IF ANY): _____    DATE LEFT: _____

### SCHOOL INFORMATION

SCHOOL NAME: LINCOLN HIGH    PHONE NO. (850)487-2110

SCHOOL ADDRESS: 3838 TROJAN TRAIL

TALLAHASSEE   FL   32311

SCHOOL ACCREDITED  ☒ STATE SYSTEM  ☒ REG. ACCRED. ASSOC.

RANK IN CLASS BASED ON ___9___ SEMESTERS  ☒ EXACTLY  ☐ APPROX. ___56___ IN CLASS OF ___394___

ALL SUBJECTS GIVEN CREDIT. ALL STUDENTS INCLUDED

## CLASS RECORD

A - OUTSTANDING   B - ABOVE AVERAGE   C - AVERAGE
D - BELOW AVERAGE   F - FAILURE P - PASS   I - INCOMPLETE

### YEAR 04-05  GRADE LEV.08  SCHOOL 37-1151

| NUMBER | TITLE | 1 | 2 | CREDIT |
|---|---|---|---|---|
| 12003101 | ALGEBRA I | B |   | 0.50 |
| 12003201 | ALGEBRA I HON |   | B H | 0.50 |

GPA YR.: 3.00 WTD: 3.50  CRDT YR.:  1.00
CUM: 3.00 WTD: 3.50  CRDT CUM:  1.00

### YEAR 05-06  GRADE LEV.09  SCHOOL 37-1091

| NUMBER | TITLE | 1 | 2 | CREDIT |
|---|---|---|---|---|
| 07083402 | SPANISH I | A | A | 1.00 |
| 10013205 | ENG HON I | B | H B | 1.00 |
| 10043000 | SEMANTICS-LOGIC |   | A | H 0.50 |
| 12063100 | GEOMETRY | A |   | 1.00 |
| 15013004 | PERSONAL FIT |   | A | 0.50 |
| 20003200 | BIOLOGY I HON | B | H B | 1.00 |
| 21093205 | WORLD HISTORY HON | B | H C | 1.00 |
| 85020000 | LIFE MANAGEMENT S |   | P | 0.50 |

GPA YR.: 3.41 WTD: 4.00  CRDT YR.:  6.50
CUM: 3.36 WTD: 3.93  CRDT CUM:  7.50

### YEAR 06-07  GRADE LEV.10  SCHOOL 37-1091

| NUMBER | TITLE | 1 | 2 | CREDIT |
|---|---|---|---|---|
| 07083502 | SPANISH II | A | A | 1.00 |
| 10013500 | ENG HON II | A | h A | h 1.00 |
| 12003400 | ALGEBRA II HON | B | h A | h 1.00 |
| 20033500 | CHEM 1 HONORS | B | h A | h 1.00 |
| 21003400 | AFRICAN-AMER HIST | A |   | 0.50 |
| 21063500 | LAW STUDIES |   | A | 0.50 |
| 21073000 | PSYCHOLOGY I |   | A | 0.50 |
| 21083000 | SOCIOLOGY | A |   | 0.50 |

GPA YR.: 3.83 WTD: 4.08  CRDT YR.:  6.00
CUM: 3.58 WTD: 4.00  CRDT CUM: 13.50

### YEAR 07-08  GRADE LEV.11  SCHOOL 37-1091

| NUMBER | TITLE | 1 | 2 | CREDIT |
|---|---|---|---|---|
| 07083600 | SPANISH 3 | A | h A | h 1.00 |
| 10014200 | ADV PL ENG COMPO | A | H | 0.50 |
| 10014200 | ADV PL ENG COMPO |   | A | H 0.50 |
| 10093200 | CREATIVE WRIT 1 |   | A | 0.50 |
| 12023400 | PRE-CALCULUS | C | h B | h 1.00 |
| 15033600 | TEAM SPRTS 2 |   | A | 0.50 |
| 20033900 | PHYS 1 HON | A | h A | h 1.00 |
| 21003305 | ADV PL U.S. HIST | B | H B | H 1.00 |
| 86010100 | COMM TECH 1 | A | A | 1.00 |

GPA YR.: 3.64 WTD: 4.14  CRDT YR.:  7.00
CUM: 3.60 WTD: 4.05  CRDT CUM: 20.50

## TEST RECORD

PAGE _____ OF _____

March 11, 2009
DATE

*Diana Chipps*
SIGNATURE

Registrar
TITLE

# LEON COUNTY SCHOOL BOARD
## SECONDARY SCHOOL RECORD - TRANSCRIPT    RUN DATE:02/25/09

| STUDENT INFORMATION | SCHOOL INFORMATION |
|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME | STUDENT NO. |
|---|---|---|---|
| TUNSILL | CAMARA | BAIYINA NJ | 965211343 |

SSN: 593354348    FLA. STU. NO.: 37-96521343

| DATE OF | SEX | RACE |
|---|---|---|
| 08/03/91 | F | B |

☐ WITHDREW: DATE: _____
☐ WAS OR WILL GRADUATE: _____

PREVIOUS SECONDARY SCHOOL ATTENDED (IF ANY):    DATE LEFT: _____

SCHOOL NAME: LINCOLN HIGH    PHONE NO. (850)487-2110

SCHOOL ADDRESS
3838 TROJAN TRAIL
TALLAHASSEE    FL  32311

SCHOOL ACCREDITED  ☒ STATE SYSTEM  ☒ REG. ACCRED. ASSSOC.

ALL SUBJECTS GIVEN CREDIT.
ALL STUDENTS INCLUDED

RANK IN CLASS BASED ON ___9___ SEMESTERS  ☒ EXACTLY  ☐ APPROX. _56_ IN CLASS OF _394_

## CLASS RECORD

A - OUTSTANDING    B - ABOVE AVERAGE    C - AVERAGE
D - BELOW AVERAGE    F - FAILURE P - PASS    I - INCOMPLETE

```
   YEAR 08-09  GRADE LEV.12 SCHOOL 37-1091
   ------COURSE------------  ----SEM----
   NUMBER     TITLE        1   2     CREDIT
   10014305 ADV PL ENG LIT CO A   H     0.50
   19003100 DRIVER ED CLASS/L A         0.50
   21023700 ADV PL MACROECON  B   H     0.50
   21073500 ADV PL PSYCHO     A   H     0.50
   8207310  INTROD TO INFO TE A         1.00




   GPA YR.: 3.80 WTD: 4.40  CRDT YR.:  3.00
       CUM: 3.63 WTD: 4.09  CRDT CUM: 23.50
```

## TEST RECORD

PAGE _____ OF _____

LEGEND: H-HIGH HONORS, h-HONORS, A-AUDIT, S-SUMMER SCHOOL
REPEAT FLAGS: (Rb-BOTH GRADE AND CREDIT COUNTED, Rc-CREDIT IS COUNTED BUT NOT GRADE,
Rg-GRADE COUNTS BUT NOT CREDIT, Rf-GRADE IS FORGIVEN, COURSE NOT INCLUDED IN CREDITS OR GPA)

| March 11, 2009 | *Diana Chipps* | Registrar |
|---|---|---|
| DATE | SIGNATURE | TITLE |

# HIGH SCHOOL REPORT CARD

LEON COUNTY SCHOOLS

LINCOLN HIGH
3838 TROJAN TRAIL
TALLAHASSEE FL 32311

| STUDENT NO. | SEX | GRADE | HOMEROOM | YEAR |
|---|---|---|---|---|
| 965211343 | F | 12 | 0043 | 08-09 |

FL. STUDENT NO.
37 96521343

487 2110  HOME BASE TEACHER - TALLEY, ANDREA

TUNSILL, CAMARA BAIYINANJ
3534 Forest Oak Ln
Tallahassee    FL 32308

| | GPA | GPA | TOTAL |
| | UNWTD | WTD | CREDITS |
|---|---|---|---|
| 9WK=> | 3.75 | 4.50 | |
| SEM=> | 3.83 | 4.33 | |
| CUM=> | 3.65 | 4.12 | 26.50 |



| NUMBER | PD | TEACHER | COURSE TITLE |
|---|---|---|---|
| 21073500 | 1 | BRAUN,KAREN | ADV PL PSYCHO |
| 19003100 | 2 | JOHNSON,FRA | DRIVER ED CLASS/L |
| 86010200 | 2 | GRANT,REGIN | COMM TECH 2 |
| 10014305 | 3 | PASQUARELLI | ADV PL ENG LIT CO |
| 21023700 | 4 | KOERNER,JAS | ADV PL MACROECON |
| 21064200 | 4 | KOERNER,JAS | ADV PL US GOVT/PO |
| 00200041 | 5 | GIMBEL,THER | DUAL ENROLL |
| 00000008 | 5 | | HOMEROOM |
| 00200041 | 6 | GIMBEL,THER | DUAL ENROLL |
| 00000008 | 6 | | HOMEROOM |
| 00200041 | 7 | GIMBEL,THER | DUAL ENROLL |
| 00000008 | 7 | | HOMEROOM |
| B072000H | 7 | RHODES,BARB | LEG ADMIN SPEC |
| B072000H | 7 | RHODES,BARB | LEG ADMIN SPEC |

THE STUDENT IS PROMOTED BASED ON EARNED CREDITS AND GPA.
THE STUDENT'S BEHAVIOR HAS BEEN ACCEPTABLE THIS YEAR.
THE STUDENT'S ATTENDANCE HAS BEEN ACCEPTABLE THIS YEAR.

...city of this report,

For questions about the information, gra'
please contact your child's school.

COMMENTS (COM)

CITIZENSHIP (CIT)
1 - UNSATISFACTORY
2 - NEEDS IMPROVEMENT
3 - SATISFACTORY
4 - OUTSTANDING

GRADES (GRD)
A - EXCELLENT
B - ABOVE AVERAGE
C - AVERAGE
D - BELOW AVERAGE
F - FAILURE
I - INCOMPLETE
W - WITHDRAWN
X - EXEMPT

|  | Scores | Percentiles |  |  |
|---|---|---|---|---|
| Critical Reading | 53 | 82 | Year | 05 |
| Math | 50 | 69 | Grade | 9 |
| Writing Skills | 45 | 54 | Optional Code | |
| Selection Index | 148※ | 53 | School Code | 101671 |

Last **TUNSILL**   **CAMARA**   M.I.

**PSAT/NMSQT**

Last **TUNSILL**   First **CAMARA**   M.I. **B**

|  | Scores | Percentiles |  |  |
|---|---|---|---|---|
| Critical Reading | 45 | 60 | Year | 06 |
| Math | 57 | 86 | Grade | 10 |
| Writing Skills | 59 | 94 | Optional Code | |
| Selection Index | 161※ | 72 | School Code | 101671 |

**PSAT/NMSQT**

TUNSILL, CAMARA B FCAT2006
Lcsbid - 965211343 Schl - 1091 Grd - 09
SSS: Rd - 2275 / 4 Ma - 2141/4 Sci - /
NRT Rd: SS - 823 NP - 99
NRT Ma: SS - 777 NP - 97
Writing+: Prompt - Score -

TUNSILL, CAMARA B FCAT2007
Lcsbid - 965211343 Schl - 1091 Grd - 10
SSS: Rd - 2273 / 4 Ma - 2114/4 Sci - /
NRT Rd: SS - 727 NP - 82
NRT Ma: SS - 756 NP - 93
Writing+: Pr ompt - P Scores - 5.5 / 422 / 5

## FCAT SSS READING/SSS MATHEMATICS • SPRING 2007

Name: **TUNSILL, CAMARA B**
Date of Birth: **08/03/91**          Grade: **10**
ID: **59335434BX**
District: **37-LEON**
School: **1091-LINCOLN HIGH**

| SUBJECT | | SS | DSS |
|---|---|---|---|
| Reading | Passed | 364 | 2273 |
| Mathematics | Passed | 355 | 2114 |

Last **TUNSILL**   First **CAMARA**   M.I. **B**

|  | Scores | Percentiles |  |  |
|---|---|---|---|---|
| Critical Reading | 58 | 83 | Year | 07 |
| Math | 53 | 65 | Grade | 11 |
| Writing Skills | 64 | 92 | Optional Code | |
| Selection Index | 175 | 85 | School Code | 101671 |

**PSAT/NMSQT**

TUNSILL, CAMARA B FCAT2008
StudentID - 965211343 Schl - 1091 Grd - 11
SSS: Rd - / Ma - / Sci - 358/3
NRT Rd: SS - NP -
NRT Ma: SS - NP -
Writing+: Prompt - Scores - / /

| LAST | | FIRST | | M.I. |
|---|---|---|---|---|
| **TUNSILL** | | **CAMARA** | | **B** |
| TEST DATE | GRADE | SAT CR | SAT M | SAT W |
| **JUN08** | **11** | **520** | **580** | **570** |
| | | | | SAT MC |
| SAT Program | | | | **57** |
| The College Board | | | | SAT ESSAY |
| For High School Use Only | | | | **08** |

**TUNSILL,   CAMARA   B**   **08/03/91**
**AP EXAM GRADES**

| 08:USHI | 1 |
|---|---|
| 08:ENLA | 4 |

| **TUNSILL, CAMARA B** | | XXXXX4348 | 08/03/91 |
|---|---|---|---|
| NAME OF STUDENT | | SSN/ACT ID | DATE OF BIRTH |

**The ACT®**

| | ENGLISH | MATH | READING | SCIENCE | COMPOSITE | COMBINED ENGLISH/ WRITING | WRITING (SCORE RANGE 2-12) | TEST DATE & TEST LOCATION |
|---|---|---|---|---|---|---|---|---|
| SCORES: | 24 | 22 | 29 | 24 | 25 | 23 | 08 | 10/08 |
| | PERCENT AT OR BELOW NAT'L COMP: | | | 80 | | ACT® | | NATIONAL |

# Exhibit N

Page 1 of 4

# Florida State University

Office of the Registrar
282 Champions Way
PO Box 3062480
Tallahassee, Florida 32306-2480

**Name:** Camara B Tunsill
**Student ID:** 100413137

**Birthdate:** 08/03/1991
**Gender:** Female
**Residency:** Non-Florida Resident (USA)
**Print Date:** 3/4/2014

## Unofficial Transcript

---

ALL CREDIT HOURS ON THIS RECORD REFLECTED IN SEMESTER HOURS
May not be released to a third party without permission

---

### Transfer Credits

Transfer Credit from Florida State University
Applied Toward Undergraduate Studies Program

**2009**

| Trm | Course | Description | Grd | CT | Input | Eval |
|-----|--------|-------------|-----|-----|-------|------|
| SPR | ECO2013 | CEEB AP MACROECON(3) | EC | | 3.000 | 3.000 |
| SPR | ENC1101 | CEEB AP LANG/COMP(4) | EC | | 3.000 | 3.000 |
| SPR | ENC1102 | CEEB AP LANG/COMP(4) | EC | | 3.000 | 3.000 |
| SPR | LIT1005 | CEEB AP LIT/COMP (4) | EC | | 3.000 | 3.000 |
| SPR | POS1041 | CEEB AP AMER GOVT(3) | EC | | 3.000 | 3.000 |
| SPR | PSY2012 | CEEB AP GEN PSYC (4) | EC | | 3.000 | 3.000 |
| | | Term Totals | | | 18.000 | 18.000 |

Transfer Credit from Tallahassee Community College
Applied Toward Bachelor's Degree Program

**2011**

| Trm | Course | Description | Grd | CT | Input | Eval |
|-----|--------|-------------|-----|-----|-------|------|
| SPR | ACG2021 | FINAN ACCOUNTING | A | | 3.000 | 3.000 |
| SPR | CCJ1600 | DEVIANT BEHAVIOR | A | | 3.000 | 3.000 |
| SPR | ESC1000 | EARTH SCIENCE | A | | 3.000 | 3.000 |
| SPR | HSC1100 | POSITIVE LIVING | A | | 3.000 | 3.000 |
| | | Term Totals | | | 12.000 | 12.000 |

### Beginning of Undergraduate Record

**2009 Summer**

**Program:** Undergraduate Studies
**Plan:** Pre-Creative Writing with an Emphasis in Business Major

| Course | Description | Grd | CT | Taken | Passed | Points |
|--------|-------------|-----|-----|-------|--------|--------|
| AML2600 | INTRO TO AFR-AMR LIT | A | | 3.000 | 3.000 | 12.000 |
| SYO3100 | FAM PROBLEMS/SOC CHG | A- | | 3.000 | 3.000 | 11.250 |

| | | | Taken | Passed | GPA Hrs | Points |
|--|--|--|-------|--------|---------|--------|
| Term GPA | 3.875 | Term Totals | 6.000 | 6.000 | 6.000 | 23.250 |
| Transfer Term GPA | | Transfer Totals | 18.000 | 18.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.875 | Comb Totals | 24.000 | 24.000 | 6.000 | 23.250 |

| | | | | | | |
|--|--|--|-------|--------|---------|--------|
| Cum GPA | 3.875 | Cum Totals | 6.000 | 6.000 | 6.000 | 23.250 |
| Transfer Cum GPA | | Transfer Totals | 18.000 | 18.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.875 | Comb Totals | 24.000 | 24.000 | 6.000 | 23.250 |

### 2009 Fall

**Program:** Undergraduate Studies
**Plan:** Pre-Creative Writing with an Emphasis in Business Major

| Course | Description | Grd | CT | Taken | Passed | Points |
|--------|-------------|-----|-----|-------|--------|--------|
| AMH2097 | RACE/ETHNICITY IN US | B+ | | 3.000 | 3.000 | 9.750 |
| PHI2010 | INTRO TO PHILOSOPHY | A- | | 3.000 | 3.000 | 11.250 |
| PHM2300 | INTRO POLITICL PHILO | A | | 3.000 | 3.000 | 12.000 |
| REL2210 | INTRO TO OLD TESTMNT | B+ | | 3.000 | 3.000 | 9.750 |

DEAN'S LIST

| | | | Taken | Passed | GPA Hrs | Points |
|--|--|--|-------|--------|---------|--------|
| Term GPA | 3.563 | Term Totals | 12.000 | 12.000 | 12.000 | 42.750 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.563 | Comb Totals | 12.000 | 12.000 | 12.000 | 42.750 |

| | | | | | | |
|--|--|--|-------|--------|---------|--------|
| Cum GPA | 3.667 | Cum Totals | 18.000 | 18.000 | 18.000 | 66.000 |
| Transfer Cum GPA | | Transfer Totals | 18.000 | 18.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.667 | Comb Totals | 36.000 | 36.000 | 18.000 | 66.000 |

### 2010 Spring

**Program:** Undergraduate Studies
**Plan:** Pre-Creative Writing with an Emphasis in Business Major

| Course | Description | Grd | CT | Taken | Passed | Points |
|--------|-------------|-----|-----|-------|--------|--------|
| CGS2060 | COMPUTER FLUENCY | A | | 3.000 | 3.000 | 12.000 |
| ENC3310 | ARTICL & ESSAY TECHQ | A- | | 3.000 | 3.000 | 11.250 |
| LIT2030 | INTRO TO POETRY | A | | 3.000 | 3.000 | 12.000 |
| MGF1106 | MATH FOR LIB ARTS I | A | | 3.000 | 3.000 | 12.000 |
| REL2240 | INTRO TO NEW TESTAMT | A | | 3.000 | 3.000 | 12.000 |
| SYG1000 | INTRO SOCIOLOGY | A- | | 3.000 | 3.000 | 11.250 |

DEAN'S LIST

| | | | Taken | Passed | GPA Hrs | Points |
|--|--|--|-------|--------|---------|--------|
| Term GPA | 3.917 | Term Totals | 18.000 | 18.000 | 18.000 | 70.500 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.917 | Comb Totals | 18.000 | 18.000 | 18.000 | 70.500 |

| | | | | | | |
|--|--|--|-------|--------|---------|--------|
| Cum GPA | 3.792 | Cum Totals | 36.000 | 36.000 | 36.000 | 136.500 |
| Transfer Cum GPA | | Transfer Totals | 18.000 | 18.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.792 | Comb Totals | 54.000 | 54.000 | 36.000 | 136.500 |

### 2010 Summer

**Program:** Undergraduate Studies
**Plan:** Pre-Creative Writing with an Emphasis in Business Major

Page 2 of 4

# Florida State University

Office of the Registrar
282 Champions Way
PO Box 3062480
Tallahassee, Florida 32306-2480

| | |
|---|---|
| Name: | **Camara B Tunsill** |
| Student ID: | 100413137 |
| | |
| Birthdate: | 08/03/1991 |
| Gender: | Female |
| Residency: | Non-Florida Resident (USA) |
| Print Date: | 3/4/2014 |

## Unofficial Transcript

**ALL CREDIT HOURS ON THIS RECORD REFLECTED IN SEMESTER HOURS**
**May not be released to a third party without permission**

| Course | Description | Grd | CT | Taken | Passed | Points |
|---|---|---|---|---|---|---|
| CPO2002 | INTRO COMPARATV GOVT | A | | 3.000 | 3.000 | 12.000 |
| MGF1107 | PRACTICAL FINITE MAT | A | | 3.000 | 3.000 | 12.000 |

| | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|
| Term GPA | 4.000 | Term Totals | 6.000 | 6.000 | 6.000 | 24.000 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 4.000 | Comb Totals | 6.000 | 6.000 | 6.000 | 24.000 |
| | | | | | | |
| Cum GPA | 3.821 | Cum Totals | 42.000 | 42.000 | 42.000 | 160.500 |
| Transfer Cum GPA | | Transfer Totals | 18.000 | 18.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.821 | Comb Totals | 60.000 | 60.000 | 42.000 | 160.500 |

### 2010 Fall

Program: Bachelor's Degree
Plan: Creative Writing Major

| Course | Description | Grd | CT | Taken | Passed | Points |
|---|---|---|---|---|---|---|
| AFA2000 | INTRO AFRO-AMER EXPE | B+ | | 3.000 | 3.000 | 9.750 |
| BSC1005 | GEN BIO NON-MAJORS | A | | 3.000 | 3.000 | 12.000 |
| BSC1005L | GENERAL BIOLOGY LAB | A | | 1.000 | 1.000 | 4.000 |
| ECO2023 | PRIN OF MICROECON | A | | 3.000 | 3.000 | 12.000 |
| LIT4033 | MODERN POETRY | A- | | 3.000 | 3.000 | 11.250 |
| PHI2100 | RSNNG CRITCL THINKNG | A | | 3.000 | 3.000 | 12.000 |
| REL3170 | RELIGIOUS ETHICS | A- | | 3.000 | 3.000 | 11.250 |

DEAN'S LIST

| | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|
| Term GPA | 3.803 | Term Totals | 19.000 | 19.000 | 19.000 | 72.250 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.803 | Comb Totals | 19.000 | 19.000 | 19.000 | 72.250 |
| | | | | | | |
| Cum GPA | 3.816 | Cum Totals | 61.000 | 61.000 | 61.000 | 232.750 |
| Transfer Cum GPA | | Transfer Totals | 18.000 | 18.000 | 0.000 | 0.000 |
| Combined Cum GPA | 3.816 | Comb Totals | 79.000 | 79.000 | 61.000 | 232.750 |

### 2011 Summer

Program: Bachelor's Degree
Plan: Creative Writing Major

| Course | Description | Grd | CT | Taken | Passed | Points |
|---|---|---|---|---|---|---|
| CRW3311 | POETIC TECHNIQUE | A- | | 3.000 | 3.000 | 11.250 |
| ENG3014 | CRIT ISS IN LIT STUD | A- | | 3.000 | 3.000 | 11.250 |
| ENL3334 | INTRO TO SHAKESPEARE | B+ | | 3.000 | 3.000 | 9.750 |

| | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|
| Term GPA | 3.583 | Term Totals | 9.000 | 9.000 | 9.000 | 32.250 |
| Transfer Term GPA | 4.000 | Transfer Totals | 12.000 | 12.000 | 12.000 | 48.000 |
| Combined Term GPA | 3.821 | Comb Totals | 21.000 | 21.000 | 21.000 | 80.250 |
| | | | | | | |
| Cum GPA | 3.786 | Cum Totals | 70.000 | 70.000 | 70.000 | 265.000 |
| Transfer Cum GPA | 4.000 | Transfer Totals | 30.000 | 30.000 | 12.000 | 48.000 |
| Combined Cum GPA | 3.817 | Comb Totals | 100.000 | 100.000 | 82.000 | 313.000 |

### 2011 Fall

Program: Bachelor's Degree
Plan: Creative Writing Major

| Course | Description | Grd | CT | Taken | Passed | Points |
|---|---|---|---|---|---|---|
| AMH2091 | INTRO AFRO-AMER HIS | A | | 3.000 | 3.000 | 12.000 |
| Transcript Note: | * | | | | | |
| AML4604 | AFRIC-AMER LIT TRAD | A | | 3.000 | 3.000 | 12.000 |
| LIT3383 | WOMEN IN LITERATURE | A | | 3.000 | 3.000 | 12.000 |
| MAC1105 | COLLEGE ALGEBRA | B | | 3.000 | 3.000 | 9.000 |
| PHM4340 | CONTEMP POLITCL THOT | A- | | 3.000 | 3.000 | 11.250 |
| POS3673 | INTRO TO JURISPRUD | A | | 3.000 | 3.000 | 12.000 |
| Transcript Note: | * | | | | | |
| REL3505 | CHRISTIAN TRADITION | A | | 3.000 | 3.000 | 12.000 |

DEAN'S LIST *FAMU/FSU COOP PROGRAM

| | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|
| Term GPA | 3.821 | Term Totals | 21.000 | 21.000 | 21.000 | 80.250 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.821 | Comb Totals | 21.000 | 21.000 | 21.000 | 80.250 |
| | | | | | | |
| Cum GPA | 3.794 | Cum Totals | 91.000 | 91.000 | 91.000 | 345.250 |
| Transfer Cum GPA | 4.000 | Transfer Totals | 30.000 | 30.000 | 12.000 | 48.000 |
| Combined Cum GPA | 3.818 | Comb Totals | 121.000 | 121.000 | 103.000 | 393.250 |

### 2012 Spring

Program: Bachelor's Degree
Plan: Creative Writing Major

# Florida State University

Office of the Registrar
282 Champions Way
PO Box 3062480
Tallahassee, Florida 32306-2480

| | |
|---|---|
| **Name:** | **Camara B Tunsill** |
| Student ID: | 100413137 |
| | |
| Birthdate: | 08/03/1991 |
| Gender: | Female |
| Residency: | Non-Florida Resident (USA) |
| Print Date: | 3/4/2014 |

## Unofficial Transcript

---

**ALL CREDIT HOURS ON THIS RECORD REFLECTED IN SEMESTER HOURS**
**May not be released to a third party without permission**

---

| Course | Description | Grd | CT | Taken | Passed | Points | Course | Description | Grd | CT | Taken | Passed | Points |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AFA3101 | THEO/DYNA RAC/OPPRES | B+ | | 3.000 | 3.000 | 9.750 | CRW3110 | FICTION TECHNIQUE | B | | 3.000 | 3.000 | 9.000 |
| BUL3310 | LEGAL/ETHIC ENV BUS | A | | 3.000 | 3.000 | 12.000 | ENC4311 | ADV ARTCL & ESY WKSP | A | | 3.000 | 3.000 | 12.000 |
| FIN3140 | PERSONAL FINANCE | A | | 3.000 | 3.000 | 12.000 | FIN3403 | FINCL MANGE OF FIRM | B | | 3.000 | 3.000 | 9.000 |
| MAR3023 | BASIC MARKET CONCPTS | A | | 3.000 | 3.000 | 12.000 | MAN3240 | ORGANIZTNL BEHAVIOR | A | | 3.000 | 3.000 | 12.000 |
| PHM3331 | MODERN POLITICL THOT | A | | 3.000 | 3.000 | 12.000 | POS3713 | POLTCL SCIENCE RSCH | A | | 3.000 | 3.000 | 12.000 |
| REE3043 | REAL ESTATE | A | | 3.000 | 3.000 | 12.000 | PUP3002 | INTRO PUBLIC POLICY | A- | | 3.000 | 3.000 | 11.250 |

DEAN'S LIST

DEAN'S LIST *FAMU/FSU COOP PROGRAM COMPLETED  39.00 HOURS OF SERVICE TO THE COMMUNITY

| | | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.875 | Term Totals | 18.000 | 18.000 | 18.000 | 69.750 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.875 | Comb Totals | 18.000 | 18.000 | 18.000 | 69.750 |
| | | | | | | |
| Cum GPA | 3.807 | Cum Totals | 109.000 | 109.000 | 109.000 | 415.000 |
| Transfer Cum GPA | 4.000 | Transfer Totals | 30.000 | 30.000 | 12.000 | 48.000 |
| Combined Cum GPA | 3.826 | Comb Totals | 139.000 | 139.000 | 121.000 | 463.000 |

| | | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.625 | Term Totals | 18.000 | 18.000 | 18.000 | 65.250 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.625 | Comb Totals | 18.000 | 18.000 | 18.000 | 65.250 |
| | | | | | | |
| Cum GPA | 3.793 | Cum Totals | 134.000 | 134.000 | 134.000 | 508.250 |
| Transfer Cum GPA | 4.000 | Transfer Totals | 30.000 | 30.000 | 12.000 | 48.000 |
| Combined Cum GPA | 3.810 | Comb Totals | 164.000 | 164.000 | 146.000 | 556.250 |

## 2012 Summer

| | |
|---|---|
| Program: | Bachelor's Degree |
| Plan: | Creative Writing Major |

| Course | Description | Grd | CT | Taken | Passed | Points |
|---|---|---|---|---|---|---|
| SPC2608 | PUBLIC SPEAKING | A | | 3.000 | 3.000 | 12.000 |
| SPN1121 | ELEMENTARY SPN II | A | | 4.000 | 4.000 | 16.000 |

| | | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|---|
| Term GPA | 4.000 | Term Totals | 7.000 | 7.000 | 7.000 | 28.000 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 4.000 | Comb Totals | 7.000 | 7.000 | 7.000 | 28.000 |
| | | | | | | |
| Cum GPA | 3.819 | Cum Totals | 116.000 | 116.000 | 116.000 | 443.000 |
| Transfer Cum GPA | 4.000 | Transfer Totals | 30.000 | 30.000 | 12.000 | 48.000 |
| Combined Cum GPA | 3.836 | Comb Totals | 146.000 | 146.000 | 128.000 | 491.000 |

## 2012 Fall

| | |
|---|---|
| Program: | Bachelor's Degree |
| Plan: | Creative Writing Major |

## 2013 Spring

| | |
|---|---|
| Program: | Bachelor's Degree |
| Plan: | Creative Writing Major |
| Plan: | African-American Studies Additional Major |

| Course | Description | Grd | CT | Taken | Passed | Points |
|---|---|---|---|---|---|---|
| ACG2071 | INTR MANAGERIAL ACTG | B | | 3.000 | 3.000 | 9.000 |
| CRW4320 | POETRY WORKSHOP | B+ | | 3.000 | 3.000 | 9.750 |
| POS3931 | SPC TPCS:GOVERNMENT | B+ | | 3.000 | 3.000 | 9.750 |
| | SPC TPCS:GOVERNMENT | | | | | |
| POS4624 | SUPR CRT/CIV LIB-RTS | A- | | 3.000 | 3.000 | 11.250 |
| SPN2220 | INTERMEDIATE SPANISH | A | | 4.000 | 4.000 | 16.000 |

DEAN'S LIST.

| | | | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|---|
| Term GPA | 3.484 | Term Totals | 16.000 | 16.000 | 16.000 | 55.750 |
| Transfer Term GPA | | Transfer Totals | 0.000 | 0.000 | 0.000 | 0.000 |
| Combined Term GPA | 3.484 | Comb Totals | 16.000 | 16.000 | 16.000 | 55.750 |
| | | | | | | |
| Cum GPA | 3.760 | Cum Totals | 150.000 | 150.000 | 150.000 | 564.000 |
| Transfer Cum GPA | 4.000 | Transfer Totals | 30.000 | 30.000 | 12.000 | 48.000 |
| Combined Cum GPA | 3.778 | Comb Totals | 180.000 | 180.000 | 162.000 | 612.000 |

## Degrees Awarded

| | |
|---|---|
| Degree: | Bachelor of Science |
| Program: | African-American Studies |
| Confer Date: | 05/03/2013 |
| Degree Honors: | Magna Cum Laude |

# Florida State University

Office of the Registrar
282 Champions Way
PO Box 3062480
Tallahassee, Florida 32306-2480

**Name:**      **Camara B Tunsill**
Student ID:      100413137

Birthdate:      08/03/1991
Gender:      Female
Residency:      Non-Florida Resident (USA)
Print Date:      3/4/2014

## Unofficial Transcript

**ALL CREDIT HOURS ON THIS RECORD REFLECTED IN SEMESTER HOURS**
May not be released to a third party without permission

Plan:      African-American Studies

Degree:      Bachelor of Arts
Program:      English
Confer Date:      05/03/2013
Degree Honors:      Magna Cum Laude
Plan:      Creative Writing

### Undergraduate Career Totals

|  |  |  | Taken | Passed | GPA Hrs | Points |
|---|---|---|---|---|---|---|
| Cum GPA: | 3.760 | Cum Totals | 150.000 | 150.000 | 150.000 | 564.000 |
| Trans Cum GPA | 4.000 | Trans Totals | 30.000 | 30.000 | 12.000 | 48.000 |
| Comb Cum GPA | 3.778 | Comb Totals | 180.000 | 180.000 | 162.000 | 612.000 |

### End of Undergraduate

### End of Academic Transcript

### Beginning of Service Transcript

| Community Service Hours For 2012 Fall | | | |
|---|---|---|---|
| **Issue** | **Agency** | **Service Task** | **Hours** |
| Health-Disability | FSU Student Disab Res Ctr SDRC | Note Taking | 36.25 |
| Various | Florida State University | Special Event | 2.75 |
| | | Service Hours for 2012 Fall | 39 |
| | | Cumulative Service Hours | 39 |

### End of Service Transcript

# Exhibit O



**LEON COUNTY SCHOOLS**

## 2018 Best and Brightest

## Confirmation of Receipt of Documents

Date: _11/28/2018_

This will confirm receipt of Best and Brightest application materials.   All documents will be reviewed for qualification within the next 30 days.

**This Confirmation of Receipt of Documents does not serve as notification of qualification. This will only confirm receipt of application materials for:**

Teacher Name: _Camara Tunsill_

School: _Sullivan_

**FORMS:**

LCS 2018 Best and Brightest Qualification Form                    ✓

LCS 2018 Confirmation of Classroom Teaching Form                ✓

Class Rosters/Class Schedules/Course Materials                    ✓

ACT/SAT Test Scores (If not previous recipient)                    ✓

Final summative evaluation for 2017-2018                          ✓

HR Representative Signature: _Brenda Jackson_

HR Representative Printed Name: _Brenda Jackson_

White Copy - Employee / Yellow Copy – Human Resources

# Exhibit P



# Certificate of Recognition



*Glenn-Howell*

*Distinguished Educator of the Year*

*Presented to*

## Camara Tunsill

*Koate Sullivan Elementary School*

For your outstanding leadership and
contributions to Leon County Schools

On this 2nd day of May **2019**




LEON COUNTY SCHOOLS

_Rosanne Wood_
Rosanne Wood, School Board Chair

_Rocky Hanna_
Rocky Hanna, Superintendent

# Exhibit Q

# Youth Mental Health
# First Aid USA



Y O U T H
**MENTAL
HEALTH**
FIRST AID

## Certificate

# Camara Tunsill

has completed the 6 hour course and is now certified in

## Mental Health First Aid USA

And has been trained to provide initial help to young people experiencing mental health problems such as depression, anxiety disorders, psychosis, and substance use disorders.

This certification became effective on:

Date    7/16/19

7/15/22

This certification expires on:

Date

Instructor

*Lindsey Brown*

Instructor



MISSOURI DEPARTMENT OF
**MENTAL
HEALTH**

# NATIONAL COUNCIL
FOR BEHAVIORAL HEALTH
MENTAL HEALTH FIRST AID
*Healthy Minds. Strong Communities.*

Youth Mental Health First Aid USA is coordinated by the National Council for
Behavioral Health, the Maryland Department of Health and Mental Hygiene,
and the Missouri Department of Mental Health.

