IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CAMARA BAIYINA NJERBI TUNSILL,**

    **Plaintiff,**

v.   Case No.  **4:19cv449-MW/MAF**

**RICHARD CORCORAN
and
MICHAEL BRYAN,**

    **Defendants.**
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 40, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 41.  Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. Based on Plaintiff's own attachments, any amendment would be futile.  The Clerk shall enter judgment stating, "The motion to dismiss, ECF No. 11, filed by Defendant Bryan is **GRANTED**.  The motion to dismiss, ECF No. 16, filed by Defendant Corcoran is **GRANTED**, and Plaintiff's complaint, ECF No. 3, is **DISMISSED** for failure to state a claim upon

1

which relief may be granted."  The Clerk shall also close the file.

**SO ORDERED on August 14, 2020.**

                                            **s/ MARK E. WALKER**
                                            **Chief United States District Judge**